IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC., ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY,<br><br>         Plaintiffs,<br><br>v.<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br><br>         Defendants. | Case No. 3:18-CV-3085 |

<u>NOTICE OF CHANGE OF ADDRESS</u>

PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices. The firm's new address is:

**430 West Roosevelt Road**
**Wheaton, IL 60187**

All correspondence should be sent to the new address effective immediately. The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

                                                             /s/ David G. Sigale
                                                             Attorney for Plaintiff

The undersigned certifies that:

    1.    On December 24, 2019, the Plaintiff electronically filed this <u>Notice of Change of Address</u> with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                              /s/ David G. Sigale
                                                             Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com