# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC. ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY, <br><br>    Plaintiffs, <br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br>    Defendants. | Case No. 18 cv 3085 <br><br> Hon. Sue E. Myerscough <br> Presiding Judge <br><br> Hon. Tom Schanzle-Haskins <br> Magistrate Judge |

## DEFENDANTS' UNNOPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Defendants Marc D. Smith, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and Kwame Raoul, in his official capacity as Attorney General of the State of Illinois, through their undersigned counsel, respectfully move this Court for leave under Local Rule 5.10 to file under seal two exhibits to their Motion to Compel Discovery Regarding Miller Plaintiffs' Firearms. In support of their Motion, Defendants state as follows:

1. On October 1, 2019, the Court entered a Confidentiality Order (the "Order") in this case applicable to material protected from disclosure by statute, certain records of the Illinois Department of Children and Family Services, and other categories of information.

2. Contemporaneously with this Motion, Defendants have filed a Motion to Compel Discovery Regarding Miller Plaintiffs' Firearms. Two proposed exhibits to that Motion, Exhibits

D and E, consist of material that has been marked "Confidential – Subject to Protective Order" pursuant to the Order.

    3.    Defendants wish to file these exhibits under seal in accordance with Local Rule 5.10. The documents themselves are being filed separately from this Motion, and will be served on Plaintiffs via email by consent.

    4.    Plaintiffs' counsel has informed Defendants' counsel that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendants respectfully request that this Court grant their Motion and permit them to file Exhibits D and E to their Motion to Compel Discovery Regarding Miller Plaintiffs' Firearms under seal.

January 17, 2020

Respectfully submitted,

/s/ Gretchen E. Helfrich

Gretchen E. Helfrich
Matthew V. Chimienti
Aaron P. Wenzloff
Assistant Attorneys General
100 W. Randolph St., 11th Floor
Chicago, IL 60601
(312) 814-8570
E-mail: ghelfrich@atg.state.il.us
E-mail: mchimienti@atg.state.il.us
E-mail: awenzloff@atg.state.il.us

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Gretchen E. Helfrich, an attorney, certify that on January 17, 2020, I caused the foregoing **Unopposed Motion for Leave to File Exhibits Under Seal** to be filed electronically via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Gretchen E. Helfrich
Assistant Attorney General
