IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC., ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BEVERLY J. WALKER, in her official capacity as Director of the Illinois Department of Children and Family Services, and LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois,<br><br>　　　　　　　Defendants. | Case No. 3:18-CV-3085 |

## AGREED MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

NOW COME the Plaintiffs, JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC., ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY, by and through LAW FIRM OF DAVID G. SIGALE, P.C., their attorney, and hereby move this Honorable Court to grant Plaintiffs an extension of time to complete discovery in this matter. In support thereof, Plaintiffs state as follows:

　　　1.　　This action alleges violations of the Plaintiffs' constitutional rights owing to certain of Defendants' statutes and rules as they pertain to firearm possession and availability for self-defense by foster parents and home daycare residences.

　　　2.　　The parties are to complete fact and expert discovery by July 1, 2020.

3.     The parties have been engaged in fact discovery for some time, including the negotiations (and litigation, in some cases) of discovery disputes. However, between the schedules of counsel and the parties, Plaintiffs believe the numerous fact depositions will take additional time to complete, including an anticipated five F. R. Civ. P. 30(b)(6) depositions.

4.     Further, due to Plaintiffs' counsel's caseload, including but not limited to a recent Response brief in the Illinois Appellate Court - Second District in *Easterday v. Village of Deerfield*, 2-19-0879, *certiorari* Replies in the United States Supreme Court in *Culp v. Raoul*, 19-487, and *Wilson v. County of Cook*, 19-704, briefing in this case as well as in the Southern District of Illinois (*Orozco v. Kink*, 3:18 CV 2165), and in the Circuit Courts of Cook and Sangamon Counties, Plaintiffs have encountered delays in completing discovery as expeditiously as planned.

5.     Therefore, Plaintiffs, in agreement with Defendants' counsel after consultations, request the following modification to the discovery schedule, which is, in actuality, an extension only to the expert discovery schedule:

| | |
|---|---|
| Fact discovery closure date: | July 1, 2020 |
| Plaintiffs' expert disclosures due: | July 31, 2020 |
| Depositions of Plaintiffs' expert: | September 15, 2020 |
| Defendants' expert disclosures due: | November 1, 2020 |
| Depositions of Defendants' expert: | December 15, 2020 |
| Dispositive motion deadline: | February 15, 2021 |

6. This Motion is not filed for dilatory purposes or for delay, but only so that the parties may complete discovery and fully present the relevant information and arguments before the Court.

7. Additionally, there is a status conference date scheduled for June 24, 2020. In light of the agreed request herein regarding the discovery schedule, the Court may wish to strike or reschedule said status conference.

8. The electronic signature of counsel below shall serve as an F.R.Civ.P. 11 certification of the facts contained herein.

WHEREFORE, the Plaintiffs, JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC., ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY, request this Honorable Court grant them an extension of time as detailed above to complete discovery, as well as any and all further relief as this Court deems appropriate.

    Respectfully submitted,

    /s/ David G. Sigale
    Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1.　On February 24, 2020, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2.　Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

　　　　　　　　　　　　　　　　　　　　／s/ David G. Sigale
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com