# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, *et al.*, ) | |
| ) | Case No. 18 cv 3085 |
| Plaintiffs, ) | |
| ) | Hon. Sue E. Myerscough |
| v. ) | Presiding Judge |
| ) | |
| MARC D. SMITH, *et al.*, ) | Hon. Tom Schanzle-Haskins |
| ) | Magistrate Judge |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Plaintiffs Jennifer J. Miller, *et al.* ("Plaintiffs"), by and through their attorney, David G. Sigale, and Defendants Marc D. Smith, *et al.* ("Defendants," and together with Plaintiffs, "Parties"), by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, jointly move for an extension of time until August 13, 2021 to file dispositive motions in this matter, with responses due 21 days later and replies due 14 days after responses. In support of their motion, the Parties state as follows:

1. In its scheduling order of June 3, 2020, the Court set a deadline of June 1, 2021 for filing dispositive motions in this matter. *See* June 3, 2020 Text Order.

2. On April 10, 2021, the Office of the Illinois Attorney General discovered its computer network was compromised. The breach is under investigation by federal law enforcement at this time.

3. As a result of this disruption, Assistant Attorneys General Helfrich, Chimienti, and Wenzloff currently have no access to their government emails or case files, including the files related to this matter.

1

4. At this time, it is not known when access to files will be restored, but the restoration is expected to take at least several weeks.

5. In addition to the technological problems facing counsel for Defendants, counsel for Plaintiffs has a number of major filings coming due in the near term, as well as a trial.

6. For all of these reasons, the Parties ask the Court to set a schedule for briefing on dispositive motions as follows:

| | |
|---|---|
| August 13, 2021 | All dispositive motions to be filed |
| September 3, 2021 | Responses to dispositive motion to be filed |
| September 17, 2021 | Replies in support of dispositive motions to be filed |

7. These deadlines would necessitate adjusting the date for trial as well.

8. The Parties bring this motion in good faith and with no dilatory purpose.

WHEREFORE, the Parties respectfully ask the Court to grant their motion and extend the time for filing dispositive motions to August 13, 2021, with responses due 21 days later and replies to be filed 14 days after responses.

Dated: April 22, 2021                                      Respectfully submitted,

                                                           KWAME RAOUL
/s/ David G. Sigale                                        Illinois Attorney General

David G. Sigale, #6238103                    By:   /s/ Gretchen E. Helfrich
LAW FIRM OF DAVID G. SIGALE, P.C.                  Gretchen E. Helfrich, #6300004
430 West Roosevelt Road                            Matthew V. Chimienti, #6312531
Wheaton, IL 60187                                  Aaron P. Wenzloff, #6329093
630.452.4547 (Tel.)                                Assistant Attorneys General
dsigale@sigalelaw.com                              100 W. Randolph St., 11th Floor
                                                   Chicago, Illinois 60601
*Attorney for Plaintiffs*                          (312) 814-3000
                                                   Gretchenhelfrich21@gmail.com

                                                   *Attorneys for Defendants*

2