E-FILED
Friday, 12 November, 2021 03:35:13 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1
# DCFS Group Exhibit
# Filed Under Seal