# EXHIBIT 6
# Beth I. Solomon Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER SECOND AMENDMENT FOUNDATION, INC. ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY,<br><br>        Plaintiffs,<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br><br>        Defendants. | Case No. 18 cv 3085<br><br>Hon. Sue E. Myerscough Presiding Judge<br><br>Hon. Tom Schanzle-Haskins Magistrate Judge |

## **DECLARATION OF BETH I. SOLOMON**

I, Beth I. Solomon, declare as follows:

1. I am at least 18 years old and have personal knowledge of the statements contained in this declaration.

2. I am currently employed as a Senior Litigation Counsel in the Office of Legal Services at the Department of Children and Family Services ("DCFS").

3. In the course of my employment at DCFS, I have access to the DCFS Statewide Automated Child Welfare Information System (SACWIS), which is the system DCFS uses to record and track information related to children in the care of DCFS. These records are made by DCFS employees or employees of private agencies with whom DCFS contracts and who have knowledge about the content of the records, and are made at or near the time the information contained in the records is received. The records are kept by DCFS in the course of the agency's regularly conducted business.

4. On November 10, 2021, I reviewed SAWCIS related to a child who was placed in the Millers' foster home in August 2018.

5. According to SAWCIS, the child was legally adopted by the Millers on or about May 27, 2021. As a result, child is no longer in the legal custody of DCFS.

6. To my knowledge, there is no foster child currently placed in the Millers' home.

1

7. If called to testify at trial in this case, I would testify to the matters set forth in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2021

/s/ Beth I. Solomon
Beth I. Solomon