E-FILED
Friday, 12 November, 2021  03:35:18 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 16
# Dr. Deborah Azrael Declaration

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER SECOND AMENDMENT FOUNDATION, INC. ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY, )<br><br>Plaintiffs, )<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, )<br><br>Defendants. ) | Case No. 18 cv 3085<br><br>Hon. Sue E. Myerscough Presiding Judge<br><br>Hon. Tom Schanzle-Haskins Magistrate Judge |

### DECLARATION OF DR. DEBORAH AZRAEL

I, Dr. Deborah Azrael, declare as follows:

1. I am at least 18 years old and have personal knowledge of the statements contained in this declaration;

2. The statements contained in the expert report I authored in this case, dated March 1, 2021 and attached hereto as Exhibit 1, are true and accurate;

3. If called to testify at trial in this case, I would testify to the matters set forth in my expert report. My testimony would be consistent with all of the statements in the report, which included a description of my qualifications as an expert witness, a complete statement of all opinions I would express, and the basis and reasons for those opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9 September___, 2021

s/ Dr. Deborah Azael redacted pursuant to Local Rule 5.11

Dr. Deborah Azrael

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER | ) | |
| SECOND AMENDMENT FOUNDATION, INC. | ) | |
| ILLINOIS STATE RIFLE ASSOCIATION, and | ) | |
| ILLINOIS CARRY, | ) | |
| | ) | Case No. 18 cv 3085 |
| Plaintiffs, | ) | |
| | ) | Hon. Sue E. Myerscough |
| v. | ) | Presiding Judge |
| | ) | |
| MARC D. SMITH, in his official capacity as | ) | Hon. Tom Schanzle-Haskins |
| Acting Director of the Illinois Department of Children and | ) | Magistrate Judge |
| Family Services, and KWAME RAOUL, in his | ) | |
| official capacity as Attorney General of the State of | ) | |
| Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

## EXPERT REPORT OF DR. MATTHEW MILLER AND DR. DEBORAH AZRAEL

**I.    ASSIGNMENT**

We were retained by the Illinois Department of Children and Family Services and the Office of the Illinois Attorney General for the purpose of providing our expert opinions, based on the items listed in Section IV below, on the relationship between the presence and storage of firearms in a household and child safety, as well as whether the Illinois statutes and regulations at issue in this lawsuit are related to child safety.

**II.    QUALIFICATIONS AND BACKGROUND**

<u>Matthew Miller, MD ScD</u>

I am a Professor of Health Sciences and Epidemiology at Northeastern University, Adjunct Professor of Epidemiology at the Harvard School of Public Health, and Co-Director of the Harvard Injury Control Research Center (HICRC). I have conducted empirical research in firearm-related injury and violence prevention for over 20 years, published over 150 peer-reviewed articles in the field of injury prevention, much of it focusing on the relationship between firearm availability and the risk of suicide and unintentional firearm injury, and taught, along with Dr. Azrael, a graduate course focusing on a public health approach to suicide prevention at Harvard. My scholarship on

1

the relationship between firearm availability and suicide, much of it conducted in collaboration with Dr. Azrael, is recognized in the public health arena as having made a substantial contribution to the research linking household firearms and suicide. My credentials and professional experience can be found in my curriculum vitae, which is attached as Exhibit A.

Deborah Azrael, PhD

I am the Director of Research of the Harvard Injury Control Research Center at the Harvard School of Public Health. I have conducted epidemiologic research on firearm-related injury for the past 25 years, often in collaboration with Dr. Miller. My work has focused on the relationship between firearm prevalence and firearm mortality, firearm injury surveillance, and on survey-based research, with an emphasis on firearm ownership and firearm related behaviors. A more detailed list of my credentials and professional experience can be found in my curriculum vitae, which is attached as Exhibit B.

## III.    RETENTION AND COMPENSATION

We are each being compensated for our time on this case on an hourly basis at the rate of $500 per hour. Our compensation is not contingent on the results of our analysis or the substance of any testimony.

## IV.    BASIS FOR OPINION AND MATERIAL CONSIDERED

The opinions we provide in this expert report are based on:

- Our review of the amended complaint filed in this lawsuit;
- Our review of the Illinois regulations and statutes at issue in this lawsuit;
- Our education, expertise, and experience and research in the fields described above;
- Our review and analysis of the findings of the materials cited in the footnotes and text of this report and the materials listed in Exhibit C.

## V.    SUMMARY OF OPINION

It is our opinion that fewer children attending in-home daycare and/or housed in foster homes in Illinois will die or be injured by gunfire if the Foster Home Rule (Rule 402.8(o)) and the Day Care Home Rule (Rule 406.8(a)(17) and (18)) are in effect, compared to what would be the case if these regulations were not in place or relaxed. If the regulations were relaxed, we anticipate most of the increase in mortality would be from firearm suicides, plus some unintentional firearm injuries. No epidemiologic studies in the peer-reviewed literature suggest that there is a countervailing mortality benefit to

2

children if they live in a household where firearms are present and/or accessible. As a result, relaxing or eliminating these rules can be expected to result in a net increase in injury and mortality to children.

## VI.   MATERIALS REVIEWED

In forming our opinion, we have relied only on those studies that have appeared in the peer-reviewed public health and medical literature and employ sound epidemiologic research designs and methods. As such, case control and cohort studies, as well as population-level ecologic studies are included, as are studies that use data from representative surveys.

In describing patterns of firearm injury to children (as in section VII.A below), as well as in choosing which studies we rely on in our opinion, we focus on mortality for two reasons. First, death is the most severe and consequential health outcome that results from firearm injury. And second, mortality data for violent injury are more reliably coded than are data on non-fatal injuries. There is, however, no reason to believe that the relationship between access to household firearms and non-fatal firearm injury differs in direction from the relationship between access to household firearms and mortality. Consequently, the inferences we draw about the effect (net benefit) that the Foster Home Rule (Rule 402.8(o)) and the Day Care Home Rule (Rule 406.8(a)(17)-(18)) have on mortality plausibly extend to non-fatal firearm injuries. Overall, approximately three to five times more children are non-fatally injured by guns than die by firearms annually. (Gani et al. 2017; Olufajo et al., 2020; Fowler et al., 2017).

## VII.   OVERVIEW OF FIREARM INJURY AND ACCESS TO FIREARMS AMONG CHILDREN

### A.  Fatal Firearm Injury to Children

In 2019, as had been true for each of the past 10 years, firearm injury was the second or third leading cause of death among US children aged 1 to 17. (Centers for Disease Control).[1] Also true for each year for the past several decades, the United States firearm death rate for children dwarfs that of other populous, high income countries (Richardson & Hemenway, 2003; Grinshteyn & Hemenway, 2016; Grinshteyn & Hemenway, 2019).

---

[1] Data come from WISQARS, the Centers for Disease Control and Prevention's Web-based Injury Statistics Query and Reporting System. WISQARS is an interactive, online database that provides fatal and nonfatal injury, violent death, and cost of injury data. Note that WISQARS does not explicitly provide leading cause of death information by mechanism of injury; however, this information can be derived.

In Illinois, in the 5 most recent years for which mortality data are available (2015-2019), 476 children aged 0-17 died of a firearm injury. Of these, 11 were unintentional injuries, 372 were homicides and 76 were suicides (CDC, data downloaded by us). The overall rate of firearm mortality for Illinois children in these years was 3.29 per 100,000 population, a rate higher than that for the US as a whole (2.28).[2]

Risk of firearm death varies by age and by whether the death is a suicide, homicide or unintentional death. Overall, the risk of firearm death is higher for older (15-17 and 10-14 year-olds) than younger (0-9 year-olds) children. Rates of accidental firearm death vary less across age groups than rates of firearm suicide and firearm homicide.

### B.  Location of Firearm Injuries to Children

The large majority of all firearm deaths of younger children (homicides, suicides and unintentional deaths among children aged 0-14) occur in a home (Sheftall, 2016; Fowler, 2017). Most firearm suicides among children (Grossman 2005), like most firearm suicides in general (Butler, 2020), take place in the decedents' home; most of the firearms used in the former are owned by the decedent's parents or a family member (Johnson, 2010; Grossman, 1999; Grossman, 2005). Firearm homicides of younger children often occur as part of intimate partner violence (i.e., related to conflict between intimate partners, such as violence between parents) (Fowler, 2017). Firearm homicides of older children are more likely to be precipitated by another crime, to be gang-related, to have drug involvement, and/or to involve weapon use also on the part of the victim, and to occur at locations outside a home (Fowler, 2017).

### C.  Summary

Approximately 100 children aged 0-17 are killed by a firearm each year in Illinois, and another 300-500 are injured by firearms and survive. Among younger children (0-14), the majority of firearm deaths occur in a home, and are caused by a gun from that home.

## VIII.  ACCESS TO FIREARMS INCREASES THE RISK OF MORBIDITY AND MORTALITY TO CHILDREN (AND OTHERS) IN THE HOME.

Multiple epidemiologic studies have found that access to firearms is a significant risk factor for homicide, suicide and unintentional firearm injury to children. The following sections summarize the literature with respect to each of these outcomes. While firearm homicides have made up approximately 58% of the firearm deaths of children (17 years

---

[2] We provide these counts and rates over 5 years for Illinois to provide a stable rate – as the number of cases in any given year given year may be relatively low, leading to instability in rates; in our presentation of time trends, we use national data.

of age or younger) in the United States over the past 20 years (with suicide making up the vast majority of the remainder), relatively few academic papers explore the risk of household firearms on homicides of (or by) children.[3]

## A. Evidence from the US that access to household firearms is a risk factor for suicide.

The strong association between the presence of firearms in a home and the risk of suicide has been established in a large literature (as summarized in Azrael & Miller, 2016; Barber & Miller, 2014; Miller, Azrael, & Barber, 2012; Miller & Hemenway, 1999). We provide a brief accounting of the epidemiologic studies that have been conducted, highlighting those that provide estimates of the association for youth.

1. <u>Household firearm ownership is a strong and consistent predictor of suicide in studies examining individual level data.</u>

   This literature was summarized in a 2014 meta-analysis[4] pooling data from 14 case-control studies measuring the odds of suicide (Anglemyer, Horvath, & Rutherford, 2014). This meta-analysis estimated a greater than three-fold increase in the odds of suicide among children and adults who live in homes with firearms, compared to those who live in homes with no firearms. The largest (and most recent) cohort study to date to assess the gun-suicide connection (Studdert, 2020), published in the New England Journal of Medicine, analyzed data on handgun acquisitions and deaths in a cohort of 26.3 million residents of California who had not previously owned handguns. The researchers followed the cohort from 2004 through 2016, and compared death rates among those who did and didn't own handguns, with a particular focus on suicides completed by firearms versus other methods. Owning a handgun was associated with a four-fold elevated risk of suicide. The higher suicide risk was driven by higher rates of suicide by firearm.

2. <u>The presence of firearms in a home is a strong risk factor for suicide among adolescents.</u>

   A few of the studies included in Anglemyer's meta-analysis focused on adolescents, including one that compared adolescent suicide victims to living, population-based community controls. In this study, the odds of suicide were

---

[3] There is a substantially larger literature on the risk of household firearms to women, especially in the context of domestic violence.

[4] Meta-analysis is a quantitative, formal, epidemiological study design used to systematically assess previous research studies to derive conclusions about that body of research.

more than three-fold higher for adolescents who lived in homes with firearms, compared to adolescents who lived in homes without firearms (Brent et al., 1993). Most suicides occurred in the home or adjacent to the home of the suicide victim. Firearm suicides were even more likely to occur in the home than were suicides by other methods [77% vs 46%] (Brent et al, 1993).

3. The presence of *handguns* in the home is a particularly strong risk factor for suicide among adolescents.

In Brent et al. 1993, the association between handguns and suicide was stronger than for the association between any gun and suicide, with the presence of handguns in the home associated with an almost five-fold increase in the odds of suicide.

4. The best explanation for the association between access to household firearms and death by suicide is a causal link.

The case control studies[5] included in Anglemyer's meta-analysis adjusted for several potential confounders[6] of the firearm-suicide relationship including age, sex, race, history of mental illness, marital status, whether decedents lived alone, alcohol and substance abuse, use of psychotropic medication, history of arrest, and educational attainment. In addition, a separate line of research underscored the causal role that firearms play in increasing the risk of dying by suicide by demonstrating that besides the presence of guns in their home, no other well-established suicide risk factor was meaningfully more common among members of households with, compared to without, firearms (Ilgen et al. 2008; Miller et al. 2009; Simonetti et al., 2015; Sorenson 2008; Miller, Swanson, & Azrael 2016; Swanson 2020).[7]

---

[5] A case-control study is designed to help determine if an exposure (in this case, to firearms) is associated with an outcome (i.e., disease or condition of interest, in this case death or injury by firearms). In these studies, cases (a group known to have the outcome) and controls (a group known to be free of the outcome) are identified, with exposure in each group assessed retrospectively.

[6] Confounders are variables that may be associated with both the exposure and the outcome of interest in a study.

[7] Three national surveys among adults and one among adolescents found rates of mental illness and suicidality were not higher among those who owned or had access to household guns, compared with those without such access (Ilgen, Zivin, McCammon, & Valenstein, 2008; Miller, Barber, Azrael, Hemenway, & Molnar, 2009; Simonetti, Mackelprang, Rowhani-Rahbar, Zatzick, & Rivara, 2015; Sorenson & Vittes, 2008).  Simonetti et al. (2015) used the National Comorbidity Survey–Adolescent Supplement, a nationally representative survey of over 10,000

5. <u>Summary.</u>

Taken as a whole, the literature on adolescents (and on adults) that links household firearms, and household handguns, to suicide mortality indicates access to firearms is not merely a proxy for an unmeasured predisposition to suicide, but instead having a gun in the home increases suicide risk by making it more likely that suicidal acts will involve firearms and therefore will be more likely to result in death.

**B. The relationship between firearm storage and suicide**

1. <u>Storing firearms unloaded (compared with loaded), locked (compared with unlocked), and with ammunition stored separately from firearms (compared with together with firearms) decreases children's risk of intentional firearm injury and suicide.</u>

A case-control study comparing storage practices in gun-owning households with children and youth 5-19 years of age (Grossman et al., 2005) found that firearms used in suicides, compared to firearms from control households (i.e., where no children died by suicide), were less safely stored: less likely to be unloaded, less likely to be locked, less likely to be stored separately from ammunition, and less likely to have locked ammunition. Storage of firearms locked and separate from ammunition resulted in the greatest suicide risk reduction (i.e., the odds of suicide were more than four-fold higher in homes with guns stored unloaded and

---

US adolescents to estimate the prevalence of self-reported in-home firearm access among adolescents with and without mental health related suicide risk factors. Adolescents with risk factors for suicide were just as likely to report in-home firearm access as those without such risk factors. Sorenson and Wittes (2008) analyzed data among adults from the General Social Survey (GSS), which asks about both gun ownership and mental health. Just as adolescents in homes with firearms are neither more nor less likely to have well-established mental and behavioral risk factors for suicide, compared with adolescents in homes without firearms, so is the case for adults. Indeed, no significant associations were detected between personal gun ownership and any measure of mental health. Ilgen et al. (2008) analyzed data from the National Comorbidity Survey Replication (NCS-R), which included a question about whether there was a firearm in the respondents' home and several measures of mental health. Here too, no significant difference was found between NCS-R respondents with and without access to firearms in terms of lifetime prevalence of mental illness. Miller et al. (2009) also used data from the NCS-R but extended Ilgen et al.'s analyses to investigate potential differences in recent (i.e., past year or current) symptoms of mental illness between respondents who lived in homes with firearms and respondents who lived in homes that did not contain firearms. Again, no differences were found among people living in homes with versus without firearms and the odds of a recent diagnosis of mental health conditions.

not separate from ammunition, compared to homes where all guns were locked
and stored separate from ammunition).  Using the point estimates from
Grossman's work on storing guns locked vs. unlocked, a 2019 study estimated
approximately 100 youth suicides (19 years old or younger) could be prevented
annually if the proportion of unlocked firearms decreased from 50% (the
proportion of unlocked guns among the homes with children and firearms in the
2015 National Firearm Survey) to 30% (Monuteaux, Azrael, & Miller, 2019).

2.  <u>Summary.</u>

If there are guns in a home with children, storing those guns in ways that make
them less accessible to children reduces the risk of intentional self-inflicted
injury and suicide. Each barrier to access (locking guns, storing guns unloaded,
storing ammunition separate from guns), independently reduces (but does not
eliminate) risk, suggesting that multiple barriers to access will reduce risk more
than will a single barrier. While actions to reduce access to firearms in the home
reduce risk, they cannot eliminate it entirely.

C.  **Evidence from the US that access to firearms is a risk factor for homicide.**

1.  <u>A gun in the household increases the risk of homicide victimization for
household members.</u>

Individual level case-control and cohort studies[8] find that, on net, guns increase
(not decrease or have a null effect on) the risk of homicide victimization for

---

[8] Case control and cohort studies use individual-level data to assess the association between a
person's exposure to a factor and the occurrence of an outcome. Case-control studies, as
described above, assess the prevalence of exposure to the factor (household firearms) among a
group (cases) who have experienced the outcome of interest (e.g., firearm suicide). The controls,
by contrast, are the comparison group chosen because they have not experienced the outcome of
interest (e.g., are living people from the same neighborhood). The contrast between exposure to
household firearms among cases vs. among controls is a reflection of the association between
living in a home with firearms, for example, and the risk of firearm suicide. Cohort studies, of
which there are fewer in the firearms literature, are like case control studies in reverse: they
begin with a group (a cohort) of living people some of whom are exposed (e.g., a cohort of
people who live in a household with firearms) and some of whom are not exposed (a cohort of
people who live in homes with no guns). All else equal, the contrast between the fate of the
exposed cohort and the fate of the unexposed cohort reflects the risk of the outcome of interest
(e.g., firearm suicide) conferred by the exposure (living in a home with firearms).

8

members of the household (Kellerman et al. 1993, Cummings et al. 1997, Dahlberg, Ikeda, and Kresnow 2004).[9]

There are no peer-reviewed studies that assess risk to children as distinct from risk to all members of a household (that is, children are included together with adults in the assessment of household risk).

Anglemyer et al., as described above (Anglemyer, 2014), pooled data from 6 individual level observational studies that assessed the odds of homicide victimization among those with and without access to a firearm. They found that those living in a household with guns had higher odds of homicide victimization than those living in a household without guns.

2.  Summary.

Access to guns increases, not decreases, risk of homicide victimization in households.

**D.  Evidence from the US that access to firearms is a risk factor for unintentional firearm death.**

1.  Living in a household with a gun is associated with increased risk of unintentional firearm death.

A case control study comparing adults (>18) who died of an unintentional injury compared to matched living controls found that those living in homes with firearms were almost 4 times more likely to die of an unintentional firearm injury than those living in homes without guns (Wiebe 2003).

2.  Storing firearms locked and unloaded reduces the risk of unintentional firearm injury to children.

Grossman (2005) compared firearm storage practices in relation to unintentional injuries among children and youth and found that firearms used in unintentional

---

[9] Kellermann et al. examined approximately 400 homicide victims from three metropolitan areas who were killed in their homes (Kellermann et al., 1993). All died from gunshot wounds. In 83% of the homicides, the perpetrator was identified; among these cases, 95% of the time, the perpetrator was not a stranger. In only 14% of all the cases was there evidence of forced entry. After controlling for illicit drug use, fights, arrests, living alone, and whether the home was rented, the presence of a gun in the home remained strongly associated with an increased risk for homicide in the home.

injuries, compared to firearms from control households where no firearm injuries occurred, were substantially less likely to be stored unloaded (compared with loaded), unlocked (compared with locked), or with the ammunition stored separately (compared with together with firearms).

3. Summary.

Living in a household with a firearm increases the risk of unintentional firearm death for those in the household. Although the study assessing this relationship was limited to adults (because data were available only for those 18 and older), there is no reason to believe that the same relationship does not hold for those younger than 18 in such households. In households with guns, as is true for suicide, barriers to firearm access, including locking guns, storing guns unloaded, and storing ammunition separate from firearms, reduce risk of unintentional injury and death.

**E. Firearm storage practices and parental perceptions of risks of household gun ownership**

1. Firearm storage practices.

In many US households with children, firearms are stored in ways that have been found to increase risk of firearm injury and mortality. A recent national survey that characterized firearm storage in households with children found approximately two in ten such households stored at least one firearm loaded and unlocked (the least safe way with regard to locking and loading), while only three in ten stored all household firearms unloaded and locked up (Azrael, Cohen, Salhi, & Miller, 2018). While fewer gun-owning households with children than households without children stored any firearm loaded and unlocked (20% vs. 30%, respectively), among households with children, those with only older children were more likely to store a firearm unsafely compared with households with younger children (e.g., 17% of households with any child under the age of five and 27% of households with 13 to 17 year old children only) (Azrael et al., 2018; Berrigan, Azrael, Hemenway, & Miller, 2019). This is despite the fact older children are at higher risk than are younger children for firearm injury (CDC, 2020). In households with children and in households without children, adult gun owners who own handguns or long guns for protection are more likely to store at least one gun loaded and unlocked (i.e., accessible to household members), compared to those who own firearms for reasons not including protection, such as hunting (Azrael et al. 2018).

2.  Parental perceptions of risks of household gun ownership.

One reason adults in homes with children may store firearms in ways that make household guns accessible to children is that parents and other adults in the household may fail to appreciate the risk these firearms pose, especially with respect to suicide. Many gun owners who store their guns loaded and unlocked may believe that they are making their household safer (and not increasing risk) by doing so. A recent study using the 2015 National Firearms Survey found that only 3% of gun owners thought that having a gun in the home made the home more dangerous (58% of gun owners said that guns in the home make it a safer place to be, and 39% said it depends) (Mauri, Wolfson, Azrael, & Miller, 2019). Using the same survey, another study found that adults overall, and firearm owners in particular, were unlikely to agree that a gun in the home increases the risk of suicide (Conner, Azrael, & Miller, 2018). For example, only 6% of gun-owning adults, and only 9% of adults who do not own a firearm but live with someone who does, agree the presence of a firearm in the home increases the risk for suicide. This fraction rose only to 10% among gun owners with children.

3.  Parental perceptions of their child's access.

Many adults may also believe their household firearms, however stored, are inaccessible to their children when they are not. One study among younger children (5 to 14 years old) in a pediatric and family practice clinic in rural Alabama, found many parents think their children do not know about and/or cannot access household firearms. But, when the child was asked whether they knew the location of the household guns and when asked if they had ever accessed and handled the firearm, several children contradicted their parents (i.e., said that they knew the location and had handled the firearm) (Baxley & Miller, 2006).  For example, 39% percent of parents who reported that their children did not know the storage location of household guns and 22% of parents who reported that their children had never handled a household gun were contradicted by their children's reports. A more recent study, of adolescent-parent pairs, found that in at least one third of gun owning households with an adolescent 13 to 17 years of age, the adolescent could access a loaded firearm in their home in under five minutes (half reported that they could do so within an hour). Of note, while unlocked firearm storage correlated with adolescent access, one-in-four homes where all guns were locked had an adolescent who reported that they could access a loaded firearm in under 5 minutes. Among the 72% of households where parents do not believe their child could access a household firearm, more than one in five had an adolescent who reported being able to access a loaded

11

household firearm within five minutes (37% within an hour) (Salhi et al., in press).[10]

4. Summary

Many gun owners, left to their own devices, store their guns in ways that make guns potentially accessible to children in their homes. One reason they may do so is that they are unaware of the risk access to guns poses to children, especially with respect to suicide. Even those adults who believe that they store their guns in ways that make them inaccessible to children are often wrong, and many children can access firearms in their homes.

## IX. FOSTER HOME AND DAY CARE HOME RULES

### A. Foster Home Rule

Rule 402.8(o) is the DCFS rule covering firearm and ammunition storage in foster homes. The rule requires any and all firearms and ammunition to be stored and locked up separately at all times and kept in places inaccessible to children. Loaded guns cannot be kept in a foster home, with an exception for law enforcement officers.

1. Opinion.

Based on our review, we conclude that the Foster Home Rule requiring any firearms and ammunition in foster homes to be locked up and stored separately at all times and kept in places inaccessible to children in foster homes will have the net result that fewer children living in these homes will die from or be injured by firearms. Any action that makes any firearms and/or ammunition in a foster home more accessible to children (e.g., storing a gun loaded) will, in contrast, likely result in a net increase in the number of children injured or killed.

2. Analysis.

If there are firearms in a home, risk of firearm injury and mortality is significantly reduced, but not eliminated, by storing guns and ammunition in a way that makes them less accessible to children (that is, locking, unloading, storing separately from ammunition). Since many parents not subject to this

---

[10] In Salhi et al., more than a quarter of parents in gun-owning households reported that their adolescent child can independently gain access to a household firearm, suggesting that a nontrivial proportion of parents may think that their home and children are safer if they can readily access a firearm.

regulation store firearms unlocked, loaded, or both, and many children absent these regulations can gain access to a loaded firearm in less than 5 minutes, regulations that stipulate how firearms must be stored can be expected to make household firearms less accessible to children (i.e., compared with access in the absence of such regulation).

## B. Child Care Act Provisions and Day Care Home Rule

The Child Care Act section on firearms/ammunition in Day Care Homes (225 ILCS 10/7(a)(13), (14), and (15)) requires DCFS to create rules prohibiting handguns in day care homes, unless the possessor is a law enforcement officer or other adult who must possess a handgun as a condition of employment and who lives in the day care home. The act also requires DCFS to create rules requiring that any other firearms in day care homes must be kept disassembled, without ammunition, in locked storage, inaccessible to children. The act further requires DCFS to create rules mandating that ammunition in day care homes must be kept in locked storage, separate from the disassembled firearms, inaccessible to children. Day Care Home Rules 406.8(a)(17) and (18) are the DCFS rules that have been created in response to the Child Care Act provisions described above. The analysis and opinion set forth below pertains both to the Child Care Act and to the Day Care Home Rules (as described above).

1. Opinion.

   Based on our review, children who attend day care homes are at lower risk of injury and death to the extent that any firearms in the daycare home are kept disassembled, without ammunition and stored inaccessible to children, with ammunition stored separately. Given the empirical evidence that handguns pose a greater risk of injury and death to children, rules that prohibit a day care home from containing handguns will also reduce risk of injury and death.

2. Analysis.

   If there are firearms in a home, the risk of firearm injury and mortality is reduced, but not eliminated by prohibiting handguns in the home and storing all other guns in a way that makes them inaccessible to children. Regulations that stipulate how firearms must be stored can be expected to result in firearms that are stored in a way that decreases their accessibility to children compared to how they would be stored in the absence of such regulation. Although studies have focused on the risk posed by household firearm ownership, the fundamental relationship that is being explored is between children's exposure to firearms,

13

wherever that exposure occurs, and risk of firearm injury and mortality. That is, it is our opinion that the findings of the studies we cite apply equally to households in which children live and households in which children spend time.

## X.   CONCLUSION

Data on injuries from firearms support the conclusion that fewer children attending in-home daycare and housed in foster homes will die or be injured by gunfire in Illinois if current firearm regulations are followed, compared to what would be the case if the regulations were relaxed. If the regulations are relaxed, including by allowing foster parents and/or day care home providers to store their guns loaded, whether locked or unlocked, we anticipate firearm mortality will increase, mostly from firearm suicides, plus some unintentional firearm injuries. No peer-reviewed studies suggest that any countervailing mortality benefit would accrue to children from living in a home where firearms are more readily accessible. Indeed, when a child is intentionally assaulted and killed by another person in the home, the perpetrator is often the adult gun owner. To the extent that Illinois' regulations are abandoned, and as a result, for example, household firearms are unlocked when they would have been required to be locked, loaded when they would have been unloaded, stored with ammunition when they would have been stored without ammunition, more children will be injured and more will die.

Dated:  March 1, 2021

s/ Dr. Matthew Miller redacted pursuant to Local Rule 5.11

Matthew Miller, MD ScD

s/ Deborah Azael, PhD redacted pursuant to Local Rule 5.11

Deborah Azrael, PhD

EXHIBIT A:  CV of Dr. Matthew Miller

Matthew J. Miller                                                                                   Curriculum Vitae

## CURRICULUM VITAE

## MATTHEW JASON MILLER

**EDUCATION:**

| | | |
|---|---|---|
| Biology | BS, 1983 | Yale University, New Haven, CT |
| Medicine | MD, 1987 | Yale University School of Medicine, New Haven, CT |
| Public Health | MPH, 1996 | Harvard School of Public Health, Boston, MA |
| Health Policy | ScD, 1999 | Harvard School of Public Health, Boston, MA |

LICENSURE AND CERTIFICATION:

| | |
|---|---|
| 1991 | Board certified, Internal Medicine |
| 1995 | Board eligible, Medical Oncology |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1990-1991 | Instructor in Medicine, Department of Medicine, Yale School of Medicine |
| 1995-1996 | Instructor in Medicine, Department of Medicine, Harvard Medical School |
| 1995-1996 | Instructor in Medicine, Medical Oncology, Dana-Farber Cancer Institute |
| 1999-2003 | Research Associate, Harvard Injury Control Research Center |
| 2003-2008 | Assistant Professor of Health Policy and Injury Prevention, Department of Health Policy and Management, Harvard School of Public Health |
| 2009-2014 | Associate Professor of Health Policy and Injury Prevention, Department of Health Policy and Management, Harvard School of Public Health |
| 2014-present | Professor of Epidemiology (adjunct), Department of Epidemiology, Harvard School of Public Health |
| 2014-present | Professor of Health Sciences and Epidemiology, Department of Health Sciences, Northeastern University |

HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1990-1991 | Attending Physician in Medicine, Yale-New Haven Hospital |
| 1990-1991 | Attending Physician in Medicine, West Haven VA Hospital |
| 1995-1997 | Attending Physician in Medicine, Brigham and Women's Hospital |
| 1995-1996 | Acting Clinical Director of Phase I Trials, Dana-Farber Cancer Institute |

HONORS AND DISTINCTIONS

| | |
|---|---|
| 1996-1999 | National Research Service Award (T32) |
| 2006-2007 | Young Investigator Award, American Foundation for Suicide Prevention |
| 2008 | Young Investigator Research Award, American Foundation for Suicide Prevention |
| 2011 | Burke Global Health Fellowship Award, Harvard Institute for Global Health |
| 2011 | Excellence in Science Award, The American Public Health Association's Injury Control and Emergency Health Services (ICEHS) award for "significant contributions that have a long-term impact on the injury field" |
| 2011 | Teaching Award, Harvard School of Public Health |
| 2013 | Mentoring Award, Harvard School of Public health |

Matthew J. Miller                                                                 Curriculum Vitae

| | |
|---|---|
| 2015 | Jess Kraus Paper of the Year Award in Injury Epidemiology ("Explaining Geographic Patterns of Suicide in the US: The Role of Firearms and Antidepressants" *Injury Epidemiology* 2014, 1:6). |
| 2018 | Kenerson Faculty Scholarship Award, Bouvé College/Northeastern University (in recognition of the impact and significance of research and teaching) |
| 2018 | Reviewer of the Year Award, American Journal of Public Health |

## PROFESSIONAL SERVICE

| | |
|---|---|
| Admissions committee for ScD, MPH, and MS programs at HPM | 2003-2014 |
| Harvard School of Public Health Human Subjects Committee member | 2004-2014 |
| Organizing committee member for two summits of the International Association of Chiefs of Police on police suicide and illegal firearm trafficking | 2006-2007 |
| Manuscript review for: *JAMA, American Journal of Public Health, American Journal of Epidemiology, Pediatrics, International Journal of Epidemiology, Social Science and Medicine, Injury Prevention, Accident Analysis and Prevention, Journal of Quantitative Criminology, Kennedy Institute of Ethics Journal, Journal of Adolescent Health, Social Science and Medicine, American Journal of Preventive Medicine, Suicide and Life Threatening Behavior* | 2006-Present |
| Consultations with the Vice Chief of Staff of the US Army, General Peter Chiarelli, and his staff, including other Army generals, to try to develop a program to reduce suicide in the US Army. | 2009-2014 |
| Consultation with police officers from the Office of the Commissioner/Family Assistance Unit of the Boston Police Department, and helped create a program to prevent suicide among police officers | 2010 |
| Service on the State Trauma Outcomes Committee (STOC) for Massachusetts, which is the scientific advisory subcommittee to the State Trauma Committee and to the Massachusetts Department of Public Health on the uses of the new State Trauma Registry and Injury Prevention. | 2010 |
| Scientific Advisory Board for the American Foundation for Suicide Prevention | 2011-Present |

## MAJOR ADMINISTRATIVE RESPONSIBILITIES:

| | |
|---|---|
| 1990-1991 | Chief Resident, Department of Medicine, Yale-New Haven Hospital |
| 2000-2012 | Deputy Director of the Harvard Injury Control Research Center |
| 2006-2007 | Acting Director of the Harvard Injury Control Research Center |
| 2013-present | Co-Director of the Harvard Injury Control Research Center |
| 2014-2016 | Director of the Undergraduate Major in Health Sciences, Northeastern University |
| 2017-present | Chair Departmental ATP Committee, Northeastern University |

## EDITORIAL BOARDS AND EDITORSHIPS

Matthew J. Miller                                                                                    Curriculum Vitae

2011                            Editorial committee member for *Epidemiological Reviews*
2013                            Editorial Board, *Injury Epidemiology*
2013-present                    Assistant Editor, *Injury Epidemiology*
2014-2015                       Editorial committee member, *Epidemiological Reviews*

MAJOR RESEARCH INTERESTS:
Injury Prevention; Suicide Prevention; Violence Prevention; Epidemiology; Pharmacoepidemiology; Firearm injury; Health Policy; Medical Ethics; Causal Inference

TEACHING EXPERIENCE
1990-1991       Internal Medicine. Yale-New Haven Hospital. Chief Resident in Medicine.
1995-1997       Internal Medicine.  Brigham and Women's Hospital. Attending Physician.
1997-1998       Decision Sciences.  Harvard School of Public Health.  Teaching Assistant.
2006-2014       Suicide Prevention.  Harvard School of Public Health.  Principal Lecturer.
2010-2014       Suicide and Violence Prevention.  Harvard College.  Principal Lecturer
2015-Present    Research Methods in Health Science, Northeastern University, Principal lecturer

BIBLIOGRAPHY
*Peer-reviewed Journal Articles:*

1.  **Miller M**, Hemenway, D. The relationship between firearms and suicide: a review of the literature. *Aggression and Violent Behavior*: *A Review Journal* 1999; 4:59-75.

2.  **Miller M**, Hemenway D, Wechsler H. Guns at college.  *J Am Coll Health* 1999; 48:7-12.

3.  **Miller M,** Hemenway D, Rimm E. Cigarettes and suicide: a prospective study of 50,000 men. *Am J Public Health* 2000; 90:768-773.

4.  **Miller M**, Hemenway D, Bell N, Yore M, Amoroso P. Cigarettes and suicide: a prospective study in 300,000 male active duty soldiers. *Am J Epidemiol 2000*; 151:1060-1064.

5.  **Miller M**; Azrael, D; Hemenway, D. Community firearms, community fear.  *Epidemiology* 2000; 11:709-714.

6.  **Miller M**. Phase I cancer trials: a collusion of misunderstanding. *Hastings Center Report* 2000; 30 (4):34-42.

7.  Azrael D, **Miller M**, Hemenway D.  Are household firearms stored safely? It depends on whom you ask. *Pediatrics* Electronic Pages 2000; 106:(3). Available at http://www.pediatrics.org/cgi/content/full/106/3/e31

8.  Hemenway D, **Miller M**. Firearm availability and homicide rates across 26 high-income countries. *J of Trauma* 2000; 49:985-988.

9.  Hemenway D, Azrael D, **Miller M**. Gun use in the United States: results from two national surveys. *Inj Prev* 2000; 6:263-267.

10.  **Miller M**, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths. *Accid Anal Prev* 2001; 33:477-484.

11.  Hemenway D, Azrael D, **Miller M**. National attitudes concerning gun carrying in the United States. *Inj Prev* 2001; 7:282-285.

3

12. **Miller M**, Hemenway D. Firearm prevalence and the risk of suicide: a review. *Harvard Health Policy Review* 2001; 2 (2):29-37.

13. **Miller M**. Phase I cancer trials: a crucible of competing priorities. *International Anesthesiology Clinics* 2001; 39(3):13-33.

14. **Miller M**, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths, suicide and homicide among 5-14 year olds. *J of Trauma* 2002; 52:267-275.

15. **Miller M**, Azrael D, Hemenway D. Firearm availability and suicide, homicide and unintentional firearm deaths among women. *J of Urban Heath* 2002; 79(1):26-38.

16. **Miller M**, Azrael D, Hemenway D, Solop F. "Road rage" in Arizona: armed and dangerous. *Accid Anal Prev* 2002; 34(6):93-100.

17. Hemenway D, Shinoda-Tagawa T, **Miller M**. Firearm availability and female homicide victimization rates among 25 populous high-income countries. *J Am Med Womens Assoc*. 2002; 57(2):100-104.

18. **Miller M**, Hemenway D, Wechsler H. Guns and gun threats at college.  *J Am Coll Health* 2002; 51(2):57-65.

19. **Miller M**, Azrael D, Hemenway D. Household firearm ownership and suicide rates in the United States. *Epidemiology* 2002; 13(5):517-24.

20. Hemenway D and **Miller M**. Association of rates of household handgun ownership, lifetime major depression, and serious suicidal thoughts with rates of suicide across US census regions. *Inj Prev* 2002; 8:313-316.

21. **Miller M**, Azrael D, Hemenway D. Rates of household firearm ownership and homicide across US regions and states, 1988-1997. *Am J Public Health* 2002; 92(12):1988-93.

22. Hepburn L, **Miller M**, Azrael D, Hemenway D.  The effect of nondiscretionary concealed weapon carrying laws on homicide. *J of Trauma* 2004; 56(3):676-81.

23. Azrael D, Cook P, **Miller M.**  State and local prevalence of firearm ownership measurement, structure and trends. *J Quantitative Criminology* 2004; 20(1):43-62.

24. Azrael D, **Miller M,** Hemenway D. Youth suicide: Insights from 5 years of Arizona Child Fatality Review team data. *Suicide and Life Threatening Behavior* 2004; 56:676-681.

25.  **Miller M**, Azrael D, Hemenway D. Firearms and suicide in the northeast. *J of Trauma* 2004; 57:626-632.

26. Hemenway D and  **Miller M**. Gun threats against and self-defense gun use by California adolescents. *Archives of Pediatrics and Adolescent Medicine* 2004; 158:395-400.

27. **Miller M**, Azrael D, Hemenway D. The epidemiology of case fatality rates for suicide in the northeast. *Ann Emerg Med* 2004; 43(6):723-30.

28. Molnar BE, **Miller M**, Azrael D, Buka SL. Neighborhood predictors of concealed firearm carrying among children and adolescents: results from the Project on Human Development in Chicago Neighborhoods.  *Archives of Pediatrics & Adolescent Medicine* 2004; 158(7):657-64.

29. **Miller M** and Hemenway D. Unsupervised firearm handling by California adolescents. *Inj Prev* 2004; 10(3):163-8.

30. Rothman EF, Hemenway D, **Miller M,** Azrael D.  Batterers' use of guns to threaten intimate partners. *J Am Med Womens Assoc* 2005; 60:62-68.

31. **Miller M**, Azrael D, Vriniotis  M,  Hemenway D. Firearm storage practices and rates of unintentional firearm deaths in the United States. *Accid Anal Prev* 2005; 37:661-667.

32. Jens Ludwig and **Matthew Miller**. Interpreting the WIC debate. *J Policy Analysis and Management* 2005; 24(4):691-701.

33. **Miller M**, Azrael D, Hemenway D. Belief in the inevitability of suicide: results from a national survey. *Suicide and Life Threatening Behavior* 2006; 36(1):1-11.

34. Baxley F and **Miller M**. Parental misperceptions about their children and firearms. *Archives of Pediatrics and Adolescent Medicine* 2006; 160(5):542-7.

35. Hemenway D, Vriniotis M, **Miller M**. Is an armed society a polite society? Guns and road rage. Accid Anal Prev 2006. *Accid Anal Prev* 2006; 38(4):687-95.

36. **Miller M**, Azrael D, Hepburn L, Hemenway D, Lippmann SJ. The association between changes in household firearm ownership and rates of suicide in the United States, 1981-2002. *Inj Prev* 2006; 12(30):178-82.

37. Johnson R, **Miller M,** Vriniotis M, Azrael D, Hemenway D. Are household firearms stored less safely in homes with adolescents? Analysis of a national random sample of parents. *J Adolescent Health* 2006; 160(8):788-92.

38. Hepburn L, Azrael D, **Miller M**, Hemenway D.  The effect of child access prevention laws on unintentional child firearm fatalities, 1979-2000. *J of Trauma* 2006; 61(2):423-8.

39. **Miller M**, Lippmann S, Azrael D, Hemenway D. Household firearm ownership and rates of suicide across the 50 United States. *J of Trauma* 2007; 62(4):1029-34.

40. Mukamal K, Kawachi I, **Miller M**, Rimm E.  Drinking frequency and quantity and risk of suicide among men. *Social Psychiatry and Psychiatric Epidemiology* 2007; 42(2):153-60.

41. Weiner J, Wiebe D, Richmond T, Beam K, Berman A, Branas C, Cheney R, Coyne-Beasley T, Firman T, Fishbein M, Hargarten S, Hemenway D, Jeffcoat R, Kennedy D, Koper C, Lemaire J, **Miller M**, Roth, Schwab CW, Spitzer R, Teret S, Vernick J, and Webster D. Reducing firearm violence: a research agenda. *Inj Prev* 2007; 13(2):80-4.

42. Hepburn L, **Miller M,** Azrael D, Hemenway D. The United States gun stock: results from the 2004 National Firearms Survey. *Inj Prev* 2007; 13(1):15-9.

43. Mukamal K, Kawachi I, **Miller M**, Rimm E. Body mass index and risk of suicide among men. *Archives of Internal Medicine* 2007; 167:468-75.

44. **Miller M**, Hemenway D, Azrael D. State-level homicide victimization rates in the US in relation to survey measures of household firearm ownership, 2001-03. *Social Science & Medicine* 2007; 64:656–664.

45. Segui-Gomez M, **Miller M.** Injury prevention and control: reflections on the state and the direction of the field. *Salud Pub Mexico* 2008; 50(I):S101-111.

46. **Miller M** and Hemenway D. Guns and suicide in the United States. *N Engl J Med* 2008; 359:672-3.

47. **Miller M,** Mogun H, Azrael D, Hempstead K, Solomon D.  Cancer and the risk of suicide in older Americans. *J Clinical Oncology* 2008; 28(29):4720-4724.

48. Wray M, **Miller M,** Gurvey J, Kawachi I. Leaving Las Vegas: exposure to Las Vegas and risk of suicide. *Social Science and Medicine* 2008; 67(11):1882-8.

49. Mukamal K, **Miller M**.  BMI and risk factors for suicide: why is BMI inversely related to suicide?" *Obesity* doi:10.1038/oby.2008.538.

50. Kessler R, Borges G, Sampson N, **Miller M**, Nock M. The association between smoking and subsequent suicide-related outcomes in the National Comorbidity Survey panel sample. *Molecular Psychiatry* 2009; 14:1132-1142.

51. Rathmell J and **Miller M.**  Death after initiation of intrathecal drug therapy for chronic pain: assessing risk and designing prevention. *Anesthesiology* 2009; 111(4):706-708.

52. Borges G, Breslau J, Su M, **Miller M**, Medina-Mora ME, Aguilar-Gaxiola S. Immigration and suicidal behavior among Mexicans and Mexican Americans. *Am J Public Health* 2009; 99:728-733.

53. **Miller M**, Barber C, Azrael D, Hemenway D, Molnar B. Recent psychopathology, suicidal thoughts and suicide attempts in households with and without firearms: findings from the National Comorbidity Study Replication. *Inj Prev* 2009; 15(3):183-187.

54. **Miller M**, Borges G. Firearms and suicide in Mexico: intimations of mortality. Jovenes 2009.

55. **Miller M,** Barber C, Azrael D, Calle E, Lawler E; Mukamal K. Suicide among US veterans: a prospective study of 500,000 middle-aged and elderly men. *Am J Epidemiol* 2009; 170:494-500.

56. Mukamal K, Wee C, **Miller M.** BMI and rates of suicide in the United States: an ecological analysis. *Obesity* 2009; doi:10.1038/oby.2009.122.

57. Schneeweiss S, Patrick AR, DH, Metha J, Dormuth C, **Miller M**, Lee J, Wang PS. Variation in the risk of suicide attempts and completed suicides by antidepressant agent in adults: a propensity score-adjusted analysis of 9 years' data. *Archives of General Psychiatry* 2010; 67(5):497-506.

58. Mukamal K, Rimm E, Kawachi I, O'Reiley E, Calle J, **Miller M**.  Body-mass index and risk of suicide among one million US adults. *Epidemiology* 2010; 21:82-86.

59. Borges G, Benjet C, Medina-Mora ME, **Miller M**. Body mass index and its relationship to mental disorders in the Mexican Adolescent Mental Health Survey. *Salud Pública de México* 2010; 52(2).

60. Schneeweiss S, Patrick AR, Solomon DH, Metha J, Dormuth C, **Miller M**, Lee J, Wang PS. The comparative safety of antidepressant agents for children regarding suicidal acts. *Pediatrics* 2010; 125:876-888.

61. Gradus J, Qin P, Lincoln A, **Miller M**, Lawler L, Sorensen HT, Lash TL Posttraumatic Stress Disorder and completed suicide. *Am J Epidemiol* 2010; 171(6):721-7. Epub 2010 Feb 16.

62. Gradus J, Qin P, Lincoln A, **Miller M**, Lawler L, Lash TL. The association between adjustment disorder diagnosed at psychiatric treatment facilities and completed suicide. *Clin Epidemiol.* 2010; 2:23-8.

63. Hemenway D, Barber C, **Miller M**. Unintentional firearm deaths: A comparison of other-inflicted and self-inflicted shootings. *Accid Anal Prev*. 2010; 42(4):1184-8. Epub 2010 Feb 7.

64. Betz E, Barber C, **Miller M.** Firearm restriction as suicide prevention: variation in belief and practice among providers in an urban emergency department. *Inj Prev* 2010; 16(4):278-281.

65. Gradus J, Qin P, Lincoln A, **Miller M**, Lawler L, Sorensen HT, Lash TL. Inflammatory bowel disease and completed suicide in Danish Adults. *Inflamm Bowel Dis* 2010; 16(12):2158-61. doi: 10.1002/ibd.21298.

66. Gradus J, Qin P, Lincoln A, **Miller M,** Lawler L, Sorensen HT, Lash TL. Acute stress reaction and completed suicide. *Int J Epidemiol* 2010; doi: 10.1093/ije/dyq112.

67. Mukamal K and **Miller M**. Invited commentary: body mass index and suicide - untangling an unlikely association *Am J Epidemiol* 2010; doi: 10.1093/aje/kwq278.

68. Gunnell D and **Miller M**. Strategies to prevent suicide. *British Medical Journal* 2010; 341:c3054.

69. **Miller M**, Bhalla K. An urgent need to restrict access to pesticides based on human lethality. *PLoS Med* 2010; 7(10): e1000358. doi:10.1371/journal.pmed.1000358

70. Hemenway D, Johnson R, Vriniotis M, **Miller M**, Azrael D. Gun carrying by Boston high school students: does overestimation of peer gun carrying matter? *Journal of Adolescence* 2010; doi:10.1016/j.adolescence.2010.11.008.

71. Patrick A, **Miller M,** Barber C, Wang P, Canning C, Schneeweiss S. Identification of hospitalizations for intentional self-harm when E-codes are incompletely recorded. *Pharmacoepidemiology and Drug Safety* 2010; 19(12):1263-75.

72. **Miller M,** Borges G,  Mukamal K, Rimm E, Benjet, C, Medina-Mora ME, Orozco R. Exposure to alcohol, drugs and tobacco and the risk of subsequent suicidality: findings from the Mexican Adolescent Mental Health Survey. *Drug and Alcohol Dependence* 2011; 113(2-3):110-117.

73. Connorton E, **Miller M**, Perry M, Hemenway D. Metal health and unintentional injurers: results from the National Co-morbidity Survey Replication. *Inj Prev* 2011; 17:171-175 doi:10.1136/ip.2010.028464.

74. **Miller M**, Sturmer T, Azrael D, Levin R, Solomon D. Opioid analgesics and the risk of fractures among older adults with arthritis. *Journal of the American Geriatrics Society* 2011; 59:430–438. doi: 10.1111/j.1532-5415.2011.03318.x.

75. Borges G, Azrael D, Johnson R, Molnar B, Almeida J, Hemenway D, **Miller M.** Immigration, suicidal ideation and deliberate self-injury in the Boston Youth Survey 2006. *Suicide and Life Threatening Behavior* 2011; 41(2):193-202.

76. Betz E, Barber C, **Miller M.** Suicidal behavior and firearm access: results from the second injury control and risk survey. *Suicide and Life Threatening Behavior* 2011; 41(4):384-391.

77. Connorton E, Hemenway D, Perry M, **Miller M.** Humanitarian relief workers and trauma-related mental illness. *Epidemiologic Reviews* 2011; doi: 10.1093/epirev/mxr026.

78. Murtagh L and **Miller M.**  Censorship in the patient-physician relationship: a new Florida law. *JAMA* 2011; *doi: 10.1001/jama.2011.1235*.

79. White R, Barber C, Azrael D, Mukamal K, **Miller M**. History of military service and the risk of suicidal ideation: findings from the 2008 National Survey on Drug Use and Health. *Suicide and Life-Threatening Behavior* 2011; 41(5):554-561.

80. Connorton E, Hemenway D, Perry M, **Miller M.** Occupational trauma and mental illness: results from the National Co-morbidity Survey Replication. *J Occup Environ Med* 2011; 53(12):1360-1363.

81. **Miller M,** Azrael D, Barber C, Mukamal K, Lawler E. A call to link data to answer pressing questions about suicide risk among veterans. *Am J Public Health* 2012; 102(S1):S20, S22.

82. **Miller M.** Preventing suicide by preventing lethal injury: the need to act on what we already know. *Am J Public Health* 2012; 102(S1):e1-3.

83. **Miller M,** Barber C, Young M, Mukamal K, Lawler L. Veterans and suicide: a reexamination of the National Death Index-Linked National Health Interview Survey. *Am J Public Health* 2012; 102(S1):S20-S159.

84. **Miller M,** Azrael D, Barber C.  Suicide mortality in the United States: the importance of attending to method in understanding population-level disparities in the burden of suicide. *Annu Rev Public Health.* 2012 Apr;33:393-408. doi: 10.1146/annurev-publhealth-031811-124636. Epub 2012 Jan 3

85. Gradus J, Qin P, Lincoln A, **Miller M,** Lawler L, Sorensen HT, Lash TL. Sexual victimization and completed suicide among female adults in Denmark. *Violence Against Women*. 2012 May;18(5):552-61. doi: 10.1177/1077801212453141. Epub 2012 Jul 11.

86. Johnson R, Lintz J, Gross D, **Miller M**, Hemenway D. Evaluation of the ASK campaign in two Midwestern cities. ISRN *Public Health* 2012; http://dx.doi.org/10.5402/2012/408124

87. Hepburn L, Azrael D, Molnar B, **Miller M.** Bullying and suicidal behaviors among urban high school youth. *J Adolesc Health*. 2012 Jul;51(1):93-5. doi: 10.1016/j.jadohealth.2011.12.014. Epub 2012 Mar 3.

88. Soeteman D, **Miller M,** Kim J. Modeling the risks and benefits of depression treatment for children and young adults. *Value in Health* 2012;15:724-729.

89. Wray M, **Miller M,** Kawachi I, Gurvey J. Orlando: A Nice Place to Visit...": A Reply to Zarkowski and Nguyen. *Social Science and Medicine* 2012; 74(10): 1474–1476

90. Gradus JL, Shipherd JC, Suvak MK, Giasson HL, **Miller M.** Suicide and Suicide Attempts among Marines: A Decade of Follow-up. *Suicide Life Threat Behav* 2013 Feb;43(1):39-49. doi: 10.1111/j.1943-278X.2012.00126.x. Epub 2012 Oct 20.

91. Spittal MJ, Pirkis J, **Miller M**, Studdert DM. Declines in the lethality of suicide attempts explain the decline in suicide deaths in Australia. *PLoS One.* 2012;7(9):e44565. doi: 10.1371/journal.pone.0044565. Epub 2012 Sep 5.

92. Lozano R, Naghavi M, Foreman K, …**Miller M**, et al. Global and regional mortality from 235 causes of death for 20 age groups in 1990 and 2010: a systematic analysis for the Global Burden of Disease Study 2010. *Lancet* 2012;380: 2095–128.

93. Murray CJL, Vos T, Lozano R, … **Miller M**, et al. Disability-adjusted life years (DALYs) for 291 diseases and injuries in 21 regions, 1990–2010: a systematic analysis for the Global Burden of Disease Study 2010. *Lancet* 2012; 380**:** 2197–223.

94. Vos T, Flaxman AD, Naghavi M, …**Miller M**,  et al. Years lived with disability (YLD) for 1160 sequelae of 289 diseases and injuries 1990–2010: a systematic analysis for the Global Burden of Disease Study 2010. *Lancet* 2012; 380**:** 2163–96.

95. **Miller M,** Barber C, Azrael D, White R.  Firearms and suicide in the United States: is risk independent of underlying suicidal behavior*? Am J Epidemiol* 2013 Sep 15;178(6):946-55. doi: 10.1093/aje/kwt197. Epub 2013 Aug 23.

96. Brent D, **Miller M**, Loeber R, Mulvey E, Birmaher B. Ending the Silence on Gun Violence. *Journal of the American Academy of Child and Adolescent Psychiatry* 2013; 52(4): 333-338

97. Betz M, **Miller M**, Barber C, et al. Lethal means restriction for suicide prevention: Beliefs and behaviors of emergency department providers. *Depression and Anxiety* 2013 Mar 14. doi: 10.1002/da.22075.

98. **Miller M,** Hempstead K, Nygun T, Azrael D, Barber C. Method choice in non-fatal self-harm as a predictor of subsequent episodes of self-harm and suicide: implications for clinical practice. *Am J Public Health* 2013 Jun;103(6):e61-8. doi: 10.2105/AJPH.2013.301326. Epub 2013 Apr 18.

99. Hemenway D and **Miller M.** The public health approach to violence prevention. *N Engl J Med.* 2013 May 23;368(21):2033-5. doi: 10.1056/NEJMsb1302631. Epub 2013 Apr 12.

100. Lucas M, O'Reilly EJ, Mirzaei F, Okereke OI, Unger L, **Miller M**, Ascherio A. Cigarette smoking and completed suicide: results from 3 prospective cohorts of American adults. *Journal of Affective Disorders.* 2013, 151(3):1053-1058.

101. **Miller M,** Warren M, Azrael D, Hemenway D, Barber C. Firearms and suicide in US cities. *Inj Prev 2015;21: e116–e119. doi: 10.1136/injuryprev-2013-040969. Epub 2013 Dec 3.*

102. Garnett BR, Masyn KE, Austin SB, **Miller M**, Williams DR, Viswanath K. The Intersectionality of Discrimination Attributes and Bullying among Youth: An Applied Latent Class Analysis. *Journal of Youth and Adolescence* 2014; 43(8):1225-3.

103. **Miller M**, Pate V, Swanson S, Azrael D, White A, Sturmer T. Antidepressant class, age, and the risk of deliberate self-harm. *CNS Drugs*. 2014;28(1),79-88. doi:10.1007/s40263-013-0120-8

104. Spittal MJ, Pirkis J, **Miller M**, Carter G, Studdert DM. The Repeated Episodes of Self-Harm (RESH) score: A tool for predicting risk of future episodes of self-harm by hospital patients. *Journal of Affective Disorders.* 2014; 161; 36–42

105. Barber C and **Miller M.** Reducing a Suicidal Person's Access to Lethal Means of Suicide A Research Agenda. *Am J Preventive Medicine*. 2014;47(3S2):S264–S272.

106. Opoliner AA, Azrael D, Barber C, Fitzmaurice G, **Miller M.** Explaining geographic patterns of suicide in the US: The role of firearms and antidepressants. *Injury Epidemiology*. 2014. 1:6

107. **Miller M**, Swanson S, Azrael D, Pate V, White A, Sturmer T.  Antidepressant dose, age, and the risk of suicide attempts. *JAMA Internal Medicine*. 2014. doi:10.1001/jamainternmed.2014.1053

108. Gradus J, Leatherman S, Raju S, Ferguson R, **Miller M.** Posttraumatic Stress Disorder, Depression, and Intentional Self-Harm in Massachusetts Veterans. *Injury Epidemiology*. 2014; 1:20 http://www.injepijournal.com/content/1/1/20

109. Borges G, Orozco R, Breslau J, **Miller M.** An observational study of the impact of service use on suicidality among adults with mental disorders. *Injury Epidemiology.* 2014; 1:29 doi:10.1186/s40621-014-0029-9

110. **Miller M**, Barber C, Leatherman S, Fonda J, Hermos J, Cho K, Gagnon D Prescription opioid duration of action and the risk of unintentional overdose. *JAMA Intern Med. 2015;175(4):608-615. doi:10.1001/jamainternmed.2014.8071. Published online Feb 16, 2015.*

111. Swanson S, Robins J, **Miller M,** Hernán M. Selecting on Treatment: A Pervasive Form of Bias in Instrumental Variable Analyses. *Am J Epidemiol.* 2015 Feb 1;181(3):191-7. doi: 10.1093/aje/kwu284. Epub 2015 Jan 21.

112. Betz ME, Arias AA, **Miller M,** Barber C, Espinola JA, Sullivan AF, Manton AP, Miller I, Camargo CA, Boudreaux ED. Change in Emergency Department Providers' Beliefs and Practices After New Protocols for Suicidal Patients. *Psychiatr Serv.* 2015 Mar 1:appips201400244. [Epub ahead of print]

113. Swanson S, **Miller M,** Robins J, Hernán M. Definition and Evaluation of the Monotonicity Condition for Preference-Based Instruments. *Epidemiology*. 2015 May;26(3):414-20.

114. Lanteigne A, Sheu Y, Pate V, Sturmer T, Swanson S, Azrael D, **Miller M**. Serotonin-Norepinephrine Reuptake Inhibitor and Selective Serotonin Reuptake Inhibitor Use and Risk of Fractures: A new-user cohort study among US adults aged 50 and older. *CNS Drugs*. 2015 Mar;29(3):245-52. doi: 10.1007/s40263-015-0231-5.

115. Sheu Y, Lanteigne A, Pate V, Sturmer T, Swanson S, Azrael D, **Miller M**.  SSRI Use and Risk of Fractures among Perimenopausal Women without Mental Disorders. *Injury Prevention.* doi:10.1136/injuryprev-2014-041483.

116. White R, Azrael D, Papadopoulos F, Lambert G, **Miller M**. *BMJ*. "Does suicide have a stronger association with seasonality than sunlight?" *BMJ Open* 2015;**5**:e007403 doi:10.1136/bmjopen-2014-007403

117. Betz M, Flaten H, **Miller M.** Patient Openness to Physician Questioning about Firearms. *Journal of the American Geriatrics Society*. 2015. 63(10):2214-5.

118. Zhong Q, Gelaye B, **Miller M,** Fricchione G; Cai T, Johnson P, Henderson D; Williams M. Suicidal behavior-related hospitalizations among pregnant women in the USA, 2006-2012. *Arch Womens Ment Health. 2016 Jun;19(3):463-72. doi: 10.1007/s00737-015-0597-x.*

119. Bushnell G, Stürmer T, White A, Pate V, Swanson S, Azrael D, **Miller M.** Dosing of selective serotonin reuptake inhibitors in children and adults before and after the FDA black-box warning. *Psychiatric Services.* 2016. 67:3, 302-309

120. **Miller M**, Swanson S, Azrael D. Are We Missing Something Pertinent? A Bias Analysis of Unmeasured Confounding in the Firearm-Suicide Literature. *Epidemiol Rev* (2016) 38 (1): 62-69.doi: 10.1093/epirev/mxv011.

121. Barber C, Azrael D, Cohen A, **Miller M,** Thymes D, Wang D, Hemenway D. Homicides by Police: Comparing Counts From the National Violent Death Reporting System, Vital Statistics, and Supplementary Homicide Reports. Am J Public Health. 2016 May;106(5):922-7.

122. Wolfson J, Teret S, Frattaroli S, **Miller M** Azrael D**.** Willingness to purchase childproof guns: findings from the 2015 National Firearms Survey. *Am J Public Health*. 2016; 106 (3): 411-413

123. Bushnell G, Stürmer T, White A, Pate V, Swanson S, Azrael D, **Miller M**. Predicting persistence to antidepressant treatment in administrative claims data: Considering the influence of refill delays and prior persistence on other medications. *Journal of affective disorders. 2016. 196: 138-147. doi:10.1016/j.jad.2016.02.012.*

124. Betz ME, **Miller M,** Barber C, Betty B, Miller I, Camargo CA, Boudreaux ED. Lethal means access and assessment among suicidal emergency department patients. *Depression and Anxiety. Depress Anxiety. 2016 Jun;33(6):502-11. doi: 10.1002/da.22486.*

125. Parmet W, Smith J, **Miller M.** Wollshlaeger v. Florida:The First Amendment, Physician Speech, and Firearm Safety. *New England Journal of Medicine*. 2016. *DOI: 10.1056/NEJMp1605740*

126. Betz ME, Azrael D, Barber C, **Miller M.** Public Opinion Regarding Whether Speaking With Patients About Firearms Is Appropriate: Results of a National Survey. Ann Intern Med. 2016. doi:10.7326/M16-0739

127. Ranney M, Fletcher J, Alter H, …**Miller M**…et al. A Consensus-Driven Agenda for Emergency Medicine Firearm Injury Prevention Research. *Ann Emerg Med. 2017 Feb;69(2):227-240. doi: 10.1016/j.annemergmed.2016.08.454. Epub 2016 Dec 18*

128. Barber C, Hemenway D, **Miller M.** How Physicians Can Reduce Suicide—Without Changing Anyone's Mental Health. *Am J Med. 2016. Available online. http://dx.doi.org/10.1016/j.amjmed.2016.05.034*

129. Barber C, Gagnon D, Cho K, Fonda J, Hermos J, **Miller M.** Assessing the impact of prescribing directives on opioid prescribing practices among Veterans Health Administration providers. Pharmacoepidemiol Drug Saf, 2016.  doi: 10.1002/pds.4066.

130. Azrael D, Mukamal A, Cohen A, Gunnell D, Barber C, **Miller M.** Identifying trends in gas suicides in the US using the National Violent Death Reporting System, 2005-2012. *Am J Prev Med. 2016 Nov;51(5S3):S219-S225. doi: 10.1016/j.amepre.2016.08.006.*

131. **Miller M**, Hepburn L, Azrael D. Firearm Acquisitions Without Background Checks: Results of A National Survey. *Annals Intern Med. 03 January 2017, 0003-4819*

132. Gradus J, Leatherman S, Curreri A, Myers LG, Ferguson R, **Miller M**. Gender Differences in PTSD, Substance Abuse and Intentional Self-Harm among Veterans Health Administration Patients. *Drug and Alcohol Dependence. 01 February 2017(66-69), 0376-8716.*

133. Parmet W, Smith J, **Miller M**. Physicians, Firearms, and Free Speech — Overturning Florida's Firearm-Safety Gag Rule. N Engl J Med 2017; 376:1901-1903. DOI: 10.1056/NEJMp1702516

134. Wolfson J, Teret S, Azrael D, **Miller M**. US Public Opinion on Carrying Firearms in Public Places. *Am J Public Health. 2017 Jun;107(6):929-937. doi: 10.2105/AJPH.2017.303712. Epub 2017 Apr 20.*

Matthew J. Miller                                                                                   Curriculum Vitae

135. Hemenway D, Azrael D, **Miller M.**  Selling A Gun to a Stranger Without a Background Check: Acceptable Behavior? *Injury Prev*. 2017 Jun 24. pii: injuryprev-2017-042320. doi: 10.1136/injuryprev-2017-042320.

136. Hemenway D, Azrael D, **Miller M**. Whose guns are stolen: the epidemiology of gun theft victims. *Inj Epidemiol. 2017 Dec;4(1):11. doi: 10.1186/s40621-017-0109-8.*

137. Rowhani-Rahbar A, Lyons VH, Simonetti JA, Azrael D, **Miller M**. Formal Firearm Training Among Adults in the United States: Results of a National Survey. *Injury Prev. 2017;0:1–5. doi:10.1136/injuryprev-2017-042352*

138. Bushnell G, Stürmer T, White A, Pate V, Swanson S, Azrael D, **Miller M.** Antidepressant and benzodiazepine co-initiation and subsequent long-term benzodiazepine use in adults with depression, United States 2001-2014. *JAMA Psychiatry. 2017 Jul 1;74(7):747-755. doi: 10.1001/jamapsychiatry.2017.1273.*

139. Rowhani-Rahbar A, Azrael D, Lyons V, Simonetti J, **Miller M.** Loaded Handgun Carrying Among US Adults, 2015. *Am. J Public Health. 2017 Dec;107(12):1930-1936. doi: 10.2105/AJPH.2017.304072. Epub 2017 Oct 19*

140. Azrael D, Hepburn L, Hemenway D, **Miller M**. The Stock and Flow of US Firearms: Results from the 2015 National Firearms Survey. *Russell Sage Foundation Journal of Social Science*. 2017. *3(5), pp. 38–57*

141. Conner A, Azrael D, **Miller M**. Beliefs About the Relationship Between Firearm Availability and Suicide: Results from a National Survey. *Ann Intern Med. 2017. DOI: 10.7326/M17-2348.*

142. Cleveland E, Azrael D, Simonetti J, **Miller M.** Firearm ownership among US Veterans: findings from a national survey. *Injury Epidemiology (2017) 4:33. DOI 10.1186/s40621-017-0130-y*

143. Roberts K, **Miller M,** Azrael D**.** Honor related suicide in the United States: A study of NVDRS data. *Archives of Suicide Research (2018); DOI:10.1080/13811118.2017.1411299*

144. Swanson S, Hernán M, **Miller M,** Robins JM, Richardson T. Partial Identification of the Average Treatment Effect Using Instrumental Variables: Review of Methods for Binary Instruments, Treatments, and Outcomes. *Journal of the American Statistical Association.* 2018. 113:522, 933-947.

145. Simonetti J, Azrael D, **Miller M**. Firearm Storage Practices and Risk Perceptions Among a Nationally Representative Sample of U.S. Veterans With and Without Self-Harm Risk Factors. *Suicide Life Threat Behav. 2018. doi:10.1111/sltb.12463*

146. Scott J, Azrael D, **Miller M.** Firearm Storage in Homes with Children with Self-Harm Risk Factors. *Pediatrics. 2018;141(3):e20172600*

147. Simonetti J, Azrael D, Rowhani-Rahbar A, **Miller** M**.** Firearm storage practices among American Veterans. *Am J Prev Med.2018;000(000):1_10*

148. Wertz J, Azrael D, Hemenway D, Sorenson S, **Miller M.** Differences Between New and Long-Standing Gun Owners: Results from a National Survey. *Am. J Public Health. 2018;108:871–877. doi:10.2105/AJPH.2018.304412*

149. Azrael D, Cohen J, Salhi C, **Miller M.** Firearm storage in gun owning households with children: Results of a 2015 National Survey. *J Urban Health. 2018. https://doi.org/10.1007/s11524-018-0261-7*

Matthew J. Miller                                                                 Curriculum Vitae

150. Bushnell G, Stürmer T, Mack C, Pate V, **Miller M**. Who diagnosed and prescribed what? Using provider details to inform observational research. *Pharmacoepidemiology and Drug Safety*. 2018;1–5. https://doi.org/10.1002/pds.4685

151. Hemenway D, Azrael D, Conner A, **Miller M.** Variation in rates of fatal police shootings across US states: the role of firearm availability. Journal of Urban Health. 2018 Oct 11. doi: 10.1007/s11524-018-0313-z.

152. Morgan E, Rowhani-Rahbar A, Azrael D, **Miller M**. Perceptions of Firearm and Non-Firearm-Related Violent Death Occurrence in the United States: A National Study. *Annals of Internal Medicine. 2018. Epub ahead of print.*

153. Conner A, Azrael D, Barber C, **Miller M**. Validating the National Violent Death Reporting System as a Source of Data on Fatal Police Shootings. *Am. J Public Health*. 109 (4), 578-584. doi10.2105/AJPH.2018.304904

154. Valenstein M, Walters H, Pfeiffer P, Ganoczy D, Ilgen M, **Miller M,** Fiorella M, Bossarte R. Acceptability of Potential Interventions to Increase Firearm Safety among Patients in VA Mental Health Treatment. *Gen Hospital Psychiatry*. https://doi.org/10.1016/j.genhosppsych.2018.10.010

155. Wolfson J, Azrael D, **Miller M**. Gun ownership among US women. *Injury Prevention*. Published Online First: 19 December 2018. doi:10.1136/injuryprev-2018-042991

156. Wertz J, Azrael D, **Miller M**. Differences Between Former Gun Owners and New Gun Owners: Results from a National Survey. *Am. J Public Health*. doi: 10.2105/AJPH. 2018.304882

157. Valenstein M, Walters H, Pfeiffer P, Ganoczy D, Ilgen M, **Miller M,** Fiorella M, Bossarte R. Possession of Household Firearms and Firearm-Related Discussions with Clinicians Among Veterans Receiving VA Mental Health Care. *Archives of Suicide Research*. 2019. DOI: https://doi.org/10.1080/13811118.2019.1572555

158. Berrigan J, Azrael D, Hemenway D, **Miller M**. Firearm Training and Storage Practices among US Gun Owners: a Nationally Representative Study. *Injury Prevention Published Online First: 16 March 2019. doi: 10.1136/injuryprev-2018-043126*

159. Hemenway D and **Miller M**. Reducing firearm violence—why a public health approach is helpful. *Journal of Policy Analysis and Management*. 2019. 38: 795-801. doi:10.1002/pam.22143

160. Monteaux M, Azrael D, **Miller M.** Reducing firearm suicide and unintentional mortality among youth by increasing safe firearm storage: A Monte Carlo simulation study. *JAMA Pediatrics, doi:10.1001/jamapediatrics.2019.1078. Published online May 13, 2019.*

161. Betz ME, Ranney ML, Knoepke CE, Johnson RL, Pallin R, **Miller M,** Wintemute GJ. Dementia & firearms: An exploratory survey of caregiver needs. *J Gen Intern Med.* 2019 Epub June 13.

162. Hanlon T, Barber C, Azrael D, **Miller M.** Type of firearm used in suicides: findings from 13 states in the National Violent Death Reporting System. *Journal of Adolescent Health. https://doi.org/10.1016/j.jadohealth.2019.03.015*

163. Mauri A, Wolfson J, Azrael D, **Miller M.** Firearm storage practices and risk perceptions. *American Journal of Preventiv*e Medicine. *2019 Dec;57(6):830-835. doi: 10.1016/j.amepre.2019.06.017.*

Matthew J. Miller                                    Curriculum Vitae

164. Barber C, Berrigan J, Henn M, Myers K, Staley M, Azrael D, **Miller M,** Hemenway D Linking Public Safety and Public Health Data for Firearm Suicide Prevention in Utah. *Health Affairs.* 2019 Oct;38(10):1695-1701. doi: 10.1377/hlthaff.2019.00618.

165. Conner A, Azrael D, **Miller M.** Suicide Case Fatality Rates in the United States, 2007 to 2014: A Nationwide Population-Based Study. *Ann Intern Med. 2019. doi:10.7326/M19-1324*

166. Zhang Y, Holsinger EE, Prince L, Rodden JA, Swanson S, **Miller M,** Wintemute G, Studdert D. Assembly of the longshot cohort: public record linkage on a grand scale. *Injury Prevention. doi:10.1136/injuryprev-2019-043385*

167. Kravitz-Wirtz N, Pallin R, **Miller M,** Azrael D, Wintemute G. Firearm Ownership and Acquisition in California: Findings from the 2018 California Safety and Wellbeing Survey. *Injury Prevention. Published Online First: 05 December 2019. doi: 10.1136/injuryprev-2019-043372*

168. Runyan C, Brandspigel S, Barber C, Betz M, Azrael D, **Miller M.** Lessons learned in conducting youth suicide prevention research in emergency departments. *Injury Prevention*. Published Online First: 30 December 2019. doi: 10.1136/injuryprev-2019-043471

169. Hemenway D, Berrigan J, Azrael D, Barber C, **Miller M.** Fatal Police Shootings of Civilians, by Rurality. *Prev Med. 2020 May;134:106046. doi: 10.1016/j.ypmed.2020.106046. Epub 2020 Mar 5*

170. Justus M, Hemenway D, **Miller M.** The relationship between alcohol consumption and the desire to own a firearm: an empirical study on citizens of San Paulo city. *Public Health. Volume 179, February 2020, Pages 186-194.*

171. Lira M, Sarda V, Heeren TC, **Miller M,** Naimi TS. Alcohol Policies and Motor Vehicle Deaths Involving Alcohol Concentrations Below 0.08%. *Am J Prev Med. 20020. In Press.*

172. **Miller M,** Salhi C, Barber C, Azrael D, Beatriz E, Berrigan J, Brandspigel S, Betz ME, Runyan C. Changes in Firearm and Medication Storage Practices in Homes of Youth at Risk for Suicide: Results of the SAFETY study, an ED-Based Multi-Site Trial. *Ann Em Med*. 2020. *https://doi.org/10.1016/j.annemergmed.2020.02.007.*

173. Wertz J, Azrael D, Berrigan J, Barber C, Hemenway D, Salhi C, Nelson E, **Miller M**. A Typology of Civilians Shot and Killed by US Police: A Latent Class Analysis of Firearm Legal Intervention Homicide in the 2014-2015 National Violent Death Reporting System. J Urban Health. 2020. *In Press.*

174. Swanson S, Eyllon M, Sheu Y, **Miller M.** Firearm access and adolescent suicide risk: Toward a clearer understanding of effect size. *Injury Prevention. Published Online First: 14 May 2020. doi: 10.1136/injuryprev-2019-043605.*

175. Salhi C, Azrael D, **Miller M.** Patterns of gun owner beliefs about firearm risk in relation to firearm storage: a latent class analysis using the 2019 National Firearms Survey. Injury Prevention. *Published Online First: 14 July 2020. doi: 10.1136/injuryprev-2019-043624*

176. Studdert DM, Zhang Y, Swanson SA, Prince L, Rodden JA, Holsinger EE, Spittal MJ, Wintemute GJ, **Miller M**. Handgun ownership and suicide in California. N Engl J Med 2020;382:2220-9. DOI: 10.1056/NEJMsa1916744.

14

Matthew J. Miller                                                      Curriculum Vitae

177. Betz ME, Azrael D, Johnson RL, Knoepke CE, Ranney ML, Wintemute GJ, Matlock D, Suresh K, **Miller M.** Views on Firearm Safety Among Caregivers of People with Alzheimer's Disease and Related Dementias. JAMA Netw Open. 2020;3(7):e207756. doi:10.1001/jamanetworkopen.2020.7756

178. Betz M, **Miller M**, Matlock D, Wintemute G , Johnson RL, Conor G Johnson RL, Lum HD, Knoepke CE, Ranney M, , Suresh K, Azrael D. Older Firearm Owners and Advance Planning: Results of a National Survey. Ann Int Med. 2021.DOI: 10.7326/M20-2280.

179. Gunnell D, Appleby L, Arensman E, Hawton D, John A, …**Miller M,** et al. Suicide risk and prevention during the COVID19 pandemic. *Lancet*. 2020. April 21, 2020. https://doi.org/10.1016/S2215-0366(20)30171-1

180. Niederkrotenthaler T, Gunnell D, Arensman E, Pirkis J, Appleby L, Hawton K, John A,  Kapur N, Khan M, O'Connor R, Platt S,… **Miller M**… and the International COVID-19 Suicide Prevention Research Collaboration. *Crisis.* Position Paper. 2020. https://doi.org/10.1027/0227-5910/a000731

181. John A, Azrael D, **Miller M.** Access to firearms and adolescent suicide. *BMJ* 2020; 370 doi: https://doi.org/10.

182. Azrael D and **Miller M.** Access to Firearms, Homicide, and Suicide: Role of the Mortality Multiplier. American Journal of Public Health. 2020; 110: 1456-1457. https://doi.org/10.2105/AJPH.2020.305876

183. Conner A, Azrael D, **Miller M.** Discussions Regarding Firearm Safety Between Clinicians and U.S. Adults Living in Households with Firearms: Results from a National Survey. *Annal Internal Medicine*. *In Press.*

184. Kravitz-Wirtz N, Pallin R, Kagawa R, **Miller M,** Azrael D, Wintemute G. Firearm Purchases without Background Checks in California. Preventive Medicine. In Press.

185. Salhi C, Berrigan J, Azrael D, Beatriz E, Barber C, Runyan C, **Miller M** (2021). It's changed how we have these conversations": Emergency Department Clinicians' Experiences Implementing a New Lethal Means Counseling Protocol for Caregivers of Adolescents. *International Review of Psych.* DOI: 10.1080/09540261.2020.1870938

186. Salhi C, Azrael D, **Miller M.** Perceptions About Access to Firearms in The Homes of US Parents and Adolescents. JAMA NO. In press.


Book Chapters, Reviews, LTEs and other miscellaneous scholarship

1. **Miller, Matthew**. Book review of Violence on campus: defining the problems, strategies for action. Eds. Hoffman A, Schuh J and Fenske R. *JAMA* 2000; 284(5):630-631.

2. **Miller M** and Amdur R. Phase I oncology trials. Chapter 3-15. In: Amdur, RJ. *The Institutional Review Board Member Handbook*. Sudbury, MA: Jones and Bartlett Publishers, 2002.

3. **Miller, Matthew**. Means Matter: firearm availability and suicide. Editorial, *Harvard Public Health Review* 2002.

4. **Miller, Matthew**. Phase I cancer trials. In: Kornetsky, Davis, Amdur, Eds. *Study Guide for Institutional Review Board: Management and Function*. Sudbury, MA: Jones and Bartlett Publishers, 2002.

15

5. Azrael D, Barber C, Hemenway D, **Miller M**. The benefits of surveillance: creating a national violent death reporting system. In: *Jens Ludwig and Philip J. Cook, eds. Evaluating gun policy: effects on crime and violence*. Washington D.C.: Brookings Institution Press, 2003

6. **Miller, Matthew**. Phase 1 clinical trials in oncology. *N Engl J Med* 2005; 352(23):2451.

7. **Miller, Matthew**. One third of households in the USA own firearms which are often stored unsafely. *Evidence-Based Healthcare and Public Health* 2005; 9:23-25.

8. Sorenson S and **Miller M**. Incomplete priorities: ignoring the role of firearms in US suicides. *Am J Public Health* 2006; 96(7): 1149.

9. **Miller, Matthew.** Letter to the editor re: "A Rifle in Every Pot" (Op-Ed, Jan. 16): *New York Times.* 1/21/07.

10. Barber C, **Miller M**. A public health approach to preventing suicide. In: Finkel M. *Public Health in the 21st Century*. Santa Barbara, CA: Praeger Publishers; 2010.

11. **Miller, Matthew**. Phase I cancer trials and the therapeutic misconception. Chapter 10-13. In: *Amdur, RJ, Bankert, EA, Kornetsky, S, Eds. Institutional Review Board: Management and Function.* Sudbury, MA: Jones and Bartlett Publishers, 2002. Updated edition 2010.

12.  **Miller**, Matthew. Firearms and Suicide. LTE. *Chicago tribune*. June 23, 2012. http://www.chicagotribune.com/news/opinion/ct-vp-0623voicelettersbriefs-20120623,0,2455979.story

13. **Miller, Matthew** and Hemenway, David. *Firearms and Suicide.* In *Public Health and Social Justice*, Edited by Donohoe, Martin (2012*).* ISBN: 978-1-1180-8814-2.

14. **Miller M**, Azrael D, Hemenway D. Firearms and Violent Death in the United States. In *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis.*  Johns Hopkins University Press. 2715 North Charles Street, Baltimore, MD.  2013.

15. Applebaum P …**Miller M**, et al. Guns, public health, and mental illness. *The consortium for risk based firearm policy*. 2013. http://www.efsgv.org/wp-content/uploads/2013/12/GPHMI-Federal.pdf

16. **Miller M**, Azrael D, Barber C, Bossarte R. Losing the forest for the trees. LTE. *AJPH*.  2014 May;104(5):e1. doi: 10.2105/AJPH.2013.301843. Epub 2014 Mar 13.

17. Barber C, **Miller M.** Model for estimating reduction in U.S. suicide deaths following a reduction in suicidal adult persons' access to firearms In: National Action Alliance for Suicide Prevention Research Prioritization Task Force, ed. *A Prioritized Research Agenda for Suicide Prevention*. Rockville, MD: National Institute of Mental Health; 2014:pp103-108.

18. Barber C, Azrael D, **Miller M**. Re: Changes in antidepressant use by young people and suicidal behavior after FDA warnings and media coverage: quasi-experimental study. LTE. *BMJ* 2014;348:g3596

19. Cohen A, Azrael D, **Miller M**. Mass *public* shootings are increasing in frequency. *Mother Jones.* http://www.motherjones.com/politics/2014/10/mass-shootings-increasing-harvard-research.

20. Azrael D and **Miller M**. LTE Washington Post. October 2015.

*21.* Tucker J and **Miller M**. What the Clean Air Act can teach us about reducing gun violence. Boston Globe. October 6, 2015. http://www.bostonglobe.com/opinion/editorials/2015/10/06/what-clean-air-act-can-teach-about-reducing-gun-violence/mcayVFnbveBXkUKROUaA1I/story.html

22. **Miller M,** Barber C, Azrael D. Firearm Availability and Suicide in The US. In *Gun Violence and Mental Illness.* Edited by Liza Gold and Robert Simon. Published 2016 by American Psychiatric Publishing 1000 Wilson Boulevard, Suite 1825 MS #4 1906 Arlington, VA 22209-3901.

23. Azrael D and **Miller M**. Reducing Access to Lethal Means. A Review of the Evidence Base. Chapter XXVI. *The International Handbook of Suicide Prevention*, Second Edition. Edited by Rory C. O'Connor and Jane Pirkis. Published 2016 by John Wiley & Sons, Ltd.. Baffins Lane, Chichester, West Sussex PO19 1UD, England.

*24.* Laura Cutilletta and **Matthew Miller.** Miles to Go before We Sleep: Exposing the Gun Lobby's Deadly Game. *Op-Ed. US News and World Report. 12/6/17.*

*25.* **Miller M** and Azrael D. LTE. RE: Goyal MK, Badolato GM, Patel SJ, et al. State Gun Laws and Pediatric Firearm-Related Mortality. Pediatrics. 2019;144(2):e20183283".

*26.* Conner A, Azrael D, **Miller M.** Firearms and Youth Suicide. Chapter X. In *Pediatric Firearm Injuries and Fatalities: The Provider's Guide to Policies and Approaches to Harm Prevention.* 2020.    Eric W. Fleegler and Lois K. Lee, editors.

27. **Miller M** and Azrael D. Child Evidence Briefs: Firearms and Youth Suicide. *Society for Research in Child Development.* June. 2020.

28. BRIEF OF AMICI CURIAE PROFESSORS, RESEARCHERS, AND DOCTORS IN THE FIELD OF GUN VIOLENCE IN SUPPORT OF APPELLEE EVERYTOWN FOR GUN SAFETY SUPPORT FUND AND AFFIRMANCE. EVERYTOWN FOR GUN SAFETY SUPPORT FUND, Plaintiff-Appellee, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, Defendant-Appellant. ON APPEAL FROM THE UNITED STATES DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF NEW YORK. June 3, 2020.

29. Studdert D, **Miller M,** Wintemute G. Coronavirus Could Make America's Gun Problem Even Deadlier. *New York Times*. OPED. June 11, 2020.

EXHIBIT B: CV of Dr. Deborah Azrael

**CURRICULUM VITAE**
**Deborah Azrael**
**Director of Research, Harvard Injury Control Research Center**
**Harvard School of Public Health**
**October 15, 2020**
**azrael@hsph.harvard.edu**
**617-432-0473**
**857-523-0483**

*Education:*

| | | |
|---|---|---|
| Harvard-Radcliffe College | A.B., *mcl* | 1983 |
| Harvard School of Public Health | M.S. | 1994 |
| Harvard University | Ph.D. | 2001 |

*Academic/Research Positions:*

| | |
|---|---|
| 2014-present | Harvard School of Public Health. Director of Research, Harvard Injury Control Research Center. |
| 2001-present | Harvard Injury Control Research Center. Research Associate. |
| 2014-2016 | Northeastern University, Visiting Assistant Professor of Research, Bouve School of Health Sciences. |
| 2011-2013 | Harvard University, Faculty Advisor, Harvard Catalyst, Community Health Innovation and Research Program. |
| 1999-2010 | Harvard Youth Violence Prevention Center. Research Director. |
| 1993-1997 | Harvard School of Public Health. Evaluator of Robert Wood Johnson Foundation-funded program to improve state and local capacity to provide family-centered community-based services for children with chronic illness. |
| 1995 | The Medical Foundation, Boston. Project Coordinator. Directed writing and production of workbook for communities interested in establishing needle exchange programs. |
| 1993-1996 | Massachusetts Department of Public Health, Consultant. Evaluated Department of Public Health's pilot needle exchange program. |

*Peer-reviewed publications (in chronological order)*

1. Betz ME, **Azrael D**, Johnson RL, Knoepke CE, Ranney ML, Wintemute GJ, Matlock D, Suresh K, Miller M. Views on firearm safety among caregivers of people with Alzheimer disease and related dementias. JAMA network open. 2020 Jul 1;3(7):e207756-.
2. Betz ME, Miller M, Matlock MD DD, Wintemute GJ, Johnson RL, Grogan C, Lum HD, Knoepke CE, Ranney ML, Suresh K, **Azrael D**. Older Firearm Owners and Advance Planning: Results of a National Survey. Annals of Internal Medicine. 2020 Oct 6.
3. Miller M, Salhi C, Barber C, **Azrael D**, Beatriz E, Berrigan J, Brandspiegel S, Betz ME, Runyan C. Changes in Firearm and Medication Storage Practices in Homes of Youth at Risk for Suicide: Results of the SAFETY study, an ED-Based Multi-Site Trial. Annals of Emergency Medicine, in press.
4. Diurba S, Johnson RL, Siry BJ, Knoepke CE, Suresh K, Simpson SA, **Azrael D**, Ranney ML, Wintemute GJ, Betz ME. Lethal means assessment and counseling in the emergency department: differences by provider type and personal home firearms.

1

Suicide and Life-Threatening Behavior. 2020 Jun 29.

5. Betz ME, Knoepke CE, Simpson S, Siry BJ, Clement A, Saunders T, Johnson R, Azrael D, Boudreaux ED, Omeragic F, Adams LM. An interactive web-based lethal means safety decision aid for suicidal adults (Lock To Live): pilot randomized controlled trial. Journal of medical internet research. 2020;22(1):e16253.

6. Wertz J, **Azrael D**, Berrigan J, Barber C, Nelson E, Hemenway D, Salhi C, Miller M. A Typology of Civilians Shot and Killed by US Police: a Latent Class Analysis of Firearm Legal Intervention Homicide in the 2014–2015 National Violent Death Reporting System. Journal of urban health. 2020 Mar 24:1-2.

7. Lyons VH, Haviland MJ, **Azrael D**, Adhia A, Bellenger MA, Ellyson A, Rowhani-Rahbar A, Rivara FP. Firearm purchasing and storage during the COVID-19 pandemic. Injury prevention. 2020 Sep 17.

8. Mauri, A.I., Wolfson, J.A., **Azrael, D**. and Miller, M., 2019. Firearm storage practices and risk perceptions. *American journal of preventive medicine*, *57*(6), pp.830-835.

9. Hemenway D. **Azrael D**, Conner A, Miller M.  Variation in rates of fatal police shootings across US states: the role of firearm availability.  *Journal of Urban Health*. 2019; 96:63-73.  (NIJ funding).

10. Monteaux, M.C., **Azrael, D**. and Miller, M., 2019. Association of increased safe household firearm storage with firearm suicide and unintentional death among US youths. *JAMA pediatrics*, *173*(7), pp.657-662.

11. Barber C, Berrigan JW, Sobelson-Henn M, Myers K, Staley M, **Azrael D**, Miller M, Hemenway D.  Linking public safety and public health data for firearm suicide prevention in Utah.  *Health Affairs*. 2019; 38:1695-1701.

12. Conner, A., **Azrael, D**. and Miller, M., 2019. Suicide Case-Fatality Rates in the United States, 2007 to 2014. *Ann Intern Med*, *171*, pp.885-895.

13. Pallin, R., Siry, B., **Azrael, D**., Knoepke, C.E., Matlock, D.D., Clement, A., Ranney, M.L., Wintemute, G.J. and Betz, M.E., 2019. "Hey, let me hold your guns for a while": A qualitative study of messaging for firearm suicide prevention. *Behavioral sciences & the law*, *37*(3), pp.259-269.

14. Pabayo, R., Grinshteyn, E., Avilla, O., **Azrael, D**. and Molnar, B.E., 2020. Relation between neighborhood socio-economic characteristics and social cohesion, social control, and collective efficacy: Findings from the Boston Neighborhood Study. *SSM-Population Health*, p.100552.

15. Kravitz-Wirtz, N., Pallin, R., Miller, M., **Azrael, D**. and Wintemute, G.J., 2019. Firearm ownership and acquisition in California: findings from the 2018 California Safety and Well-being Survey. *Injury prevention*.

16. Runyan, C.W., Brandspigel, S., Barber, C.W., Betz, M., **Azrael, D**. and Miller, M., 2019. Lessons learned in conducting youth suicide prevention research in emergency departments. *Injury prevention*.

17. Betz, M.E., Knoepke, C.E., Simpson, S., Siry, B.J., Clement, A., Saunders, T., Johnson, R., **Azrael, D**., Boudreaux, E.D., Omeragic, F. and Adams, L.M., 2020. An interactive web-based lethal means safety decision aid for suicidal adults (Lock To Live): pilot randomized controlled trial. *Journal of medical internet research*, *22*(1), p.e16253.

18. Betz, M.E., Knoepke, C.E., Siry, B., Clement, A., **Azrael, D**., Ernestus, S. and Matlock, D.D., 2019. 'Lock to Live': development of a firearm storage decision aid to enhance lethal means counselling and prevent suicide. *Injury prevention*, *25*(Suppl 1), pp.i18-i24.

19. Hanlon T, Barber C, **Azrael D**, Miller M. Type of firearm used in suicides: findings from 13 states in the National Violent Death Reporting System. *Journal of Adolescent Health*. *https://doi.org/10.1016/j.jadohealth.2019.03.015*

20. Barber C, Berrigan J, Henn M, Myers K, Staley M, **Azrael D**, Miller M, Hemenway D Linking Public Safety and Public Health Data for Firearm Suicide Prevention in Utah. *Health Affairs*.

21. Monteaux M, **Azrael D**, Miller M. The effect of safe household firearm storage on youth firearm suicide and unintentional death. *JAMA Pediatrics*, in press.

2

22. Berrigan J, **Azrael D**, Hemenway D, Miller M. Firearms training and storage practices among US gun owners: a nationally representative study. *Injury Prevention.* in press

23. Conner A, **Azrael D**, Lyons VH, Barber C, Miller M. Validating the National Violent Death Reporting System as a Source of Data on Fatal Shootings of Civilians by Law Enforcement Officers. *American journal of public health.* 2019 Apr (0):e1-7.

24. Wertz J, **Azrael D**, Miller M. Americans who become a new versus a former gun owner: implications for youth suicide and unintentional firearm injury. *American journal of public health.* 2019 Feb;109(2):212-4.

25. Wertz J, **Azrael D**, Hemenway D, Sorenson S, Miller M. Differences between new and long-standing US gun owners: results from a national survey. American journal of public health. 2018 Jul;108(7):871-7.

26. Hemenway D, **Azrael D**, Conner A, Miller M. Variation in rates of fatal police shootings across US states: the role of firearm availability. *Journal of urban health.* 2018:1-1.

27. Scott J, **Azrael D**, Miller M. Firearm storage in homes with children with self-harm risk factors. *Pediatrics.* 2018 Mar 1;141(3):e20172600.Wolfson JA,

28. **Azrael D**, Miller M. Gun ownership among US women. *Injury prevention.* 2018 Dec 19:injuryprev-2018.

29. **Azrael D**, Cohen J, Salhi C, Miller M. Firearm storage in gun-owning households with children: results of a 2015 national survey. *Journal of urban health.* 2018 Jun 1;95(3):295-304.

30. Simonetti J, **Azrael D**, Rowhani-Rahbar A, Miller M. Firearm storage practices among American veterans. *American journal of preventive medicine* 55 4 445-454 2018

31. Simonetti J, **Azrael D**, Miller M. Firearm Storage Practices and Risk Perceptions Among a Nationally Repre sentative Sample of US Veterans With and Without Harm Risk Factors. *Suicide and Life* ‐*Threatening Behavior* 2018

32. Pallin R, Siry B, **Azrael D**, Knoepke C, Matlock D, Clement A, Ranney ML, Wintemute G, Betz ME. "Hey, let me hold your guns for a while": A qualitative study of messaging for firearm suicide prevention. *Behavioral sciences & the law.* 2019 Feb 1.

33. Morgan ER, Rowhani-Rahbar A, **Azrael D**, Miller M. Public perceptions of firearm-and non–firearm-related violent death in the United States: A national study. *Annals of internal medicine* 2018 Nov 20; 169(10) 734-737

34. Betz ME, Knoepke C, Siry B, Clement A, **Azrael D**, Ernestus S, Matock DD. 'Lock to Live': development of a firearm storage decision aid to enhance lethal means counselling and prevent suicide. *Injury prevention.* 2018 Oct 13:injuryprev-2018

35. Conner A, **Azrael D**, Miller M. Public opinion about the relationship between firearm availability and suicide: results from a national survey. *Ann Intern Med.* 2018;168 (2):153-155.

36. Miller M, Hepburn L, **Azrael D**. Firearm acquisition without background checks: results of a national survey. *Ann Intern Med.* 2017; 166(4): 233-239.

37. **Azrael D**, Hepburn L, Hemenway D; Miller M. The stock and flow of US firearms: results from the 2015 National Firearms Survey. *RSF: The Russell Sage Foundation Journal of the Social Sciences.* 2017; *3*(5), 38–57.

38. Rowhani-Rahbar A, Lyons VH, Simonetti JA, **Azrael D**, Miller M. Formal firearm training among adults in the USA: results of a national survey *Injury prevention* 2017. 2017-042352.

39. Betz ME, **Azrael D**, Barber C, Miller M. Public Opinion Regarding Whether Speaking with Patients About Firearms Is Appropriate: Results of a National Survey. *Ann Intern Med.* 2016. doi:10.7326/M16-0739

40. Hemenway D, **Azrael D**, Miller M. Selling a gun to a stranger without a background check: Acceptable Behavior? *Injury Prevention* 2018. Jun 1; 24(3):213-7

41. Rowhani-Rahbar A, **Azrael D**, Lyons VH, Simonetti JA, Miller M. Loaded handgun carrying among US adults, 2015. *AJPH* 2107. 107 121930-19362017

42. Cleveland EC, **Azrael D**, Simonetti JA; Miller M. Firearm ownership among American veterans: findings from the 2015 National Firearm Survey. *Injury epidemiology.* 2017. 41 33

2017.

43. Hemenway D, **Azrael D**; Miller M. Whose guns are stolen: the epidemiology of gun theft victims. *Inj Epidemiol.* 2017; Dec;4(1):11. doi: 10.1186/s40621-017-0109-8.

44. Roberts K, Miller M, **Azrael D**. Honor related suicide in the United States: a study of National Violent Death Reporting System (NVDRS) data. *Archives of suicide research* 2018 Mar 2:1-3

45. Hepburn L, **Azrael D**; Miller M. Firearm acquisitions without background checks: Results of a national survey. *Annals Intern Med. 03 January 2017, 0003-481.*

46. Wolfson JA, Teret SP, Frattaroli S, Miller M, **Azrael D**. The US Public's Preference for Safer Guns. *AJPH* (2016) DOI: 10.2105/AJPH.2015.303041.

47. Identifying and Tracking Gas Suicides in the U.S. Using the National Violent Death Reporting System, 2005–2012

48. **Azrael D**, Mukamal A, Cohe AP, Gunnell D, Barber C, Miller M. Identifying and tracking gas suicides in the U.S. using the National Violent Death Reporting System, 2005–2012. *AJPM.* 2106. 51 (5, S3): S219–S225.

49. Miller M, Swanson SA, **Azrael D**. Are we missing something pertinent? A bias analysis of unmeasured confounding in the firearm-suicide literature. *Epidemiologic Reviews* (2016) DOI: 10.1093/epirev/mxv011.

50. Barber, C., **Azrael, D**., Cohen, A., Miller, M., Thymes, D., Wang, D. E., & Hemenway, D. (2016). Homicides by police: comparing counts from the National Violent Death Reporting System, Vital Statistics, and Supplementary Homicide Reports. *American journal of public health*, *106*(5), 922-927.

51. Bushnell, G. A., Stürmer, T., White, A., Pate, V., Swanson, S. A., **Azrael, D**., & Miller, M. (2016). Predicting persistence to antidepressant treatment in administrative claims data: Considering the influence of refill delays and prior persistence on other medications. *Journal of affective disorders*, *196*, 138-147.

52. Lanteigne A, Sheu Y, Sturmer T, Pate V, **Azrael D**, Swanson S, Miller M. Serotonin-norepinephrine reuptake inhibitor and selective serotonin reuptake inhibitor use and risk of fractures: A new-user cohort study among US adults aged 50 years and older. *CNS Drugs* (2015) 29:245-252.

53. Miller M, Warren M, Hemenway D, **Azrael D.** Firearms and suicide in US cities. *Injury Prevention* (2015) 21:e116-e119.

54. Johnson RM, Duncan DT, Rothman EF, Gilreath TD, Hemenway D, Molnar BE, **Azrael D**. Fighting with siblings and with peers among urban high school students. *Journal of Interpersonal Violence* (2015) 30(13): 2221-2237.

55. Sheu Y, Lanteigne A, Sturmer T, Pate V, **Azrael D**, Miller M. SSRI use and risk of fractures among perimenopausal women without mental disorders. *Injury Prevention* (2015) DOI:10.1136/injuryprev-2014-041483

56. White RA, **Azrael D**, Papadopolous FC, Lambert GW, Miller M. Does suicide have a stronger association with seasonality than sunlight? *BMJ Open* (2015) 5: e007403.

57. Bushnell GA, Sturmer T, Swanson SA, White A, Azrael D, Pate V, Miller M. Dosing of selective serotonin reuptake inhibitors among children and adults before and after the FDA black-box warning. Psychiatric Services (2015); http://dx.doi.org.ezp-prod1.hul.harvard.edu/10.1176/appi.ps.201500088.

58. Schmidt N, Tchetgen E, Ehntholt A, Almeida J, Nguyen Q, Molnar B, Azrael D, Osypuk T. Does neighborhood collective efficacy for families change over time? The Boston Neighborhood Survey. *Journal of Community Psychology* (2013);42(1):61-79.

59. Miller M**,** Barber C, **Azrael D**, White R. Firearms and suicide in the United States: is risk independent of underlying suicidal behavior*? Am J Epidemiol* 2013 Sep 15;178(6):946-55. doi: 10.1093/aje/kwt197. Epub 2013 Aug 23.

60. Miller M, Hempstead K, Nygun T, **Azrael D**, Barber C. Method choice in non-fatal self-harm as a predictor of subsequent episodes of self-harm and suicide: implications for clinical practice. *Am J Public Health* (2013) Jun;103(6):e61-8. doi: 10.2105/AJPH.2013.301326. Epub 2013 Apr 18.

4

61. Miller M, Pate V, Swanson S, **Azrael D**, White A, Sturmer T. Antidepressant class, age, and the risk of deliberate self-harm. *CNS Drugs* (2014) 28:79-88.

62. Miller M, Swanson S, **Azrael D**, Pate V, White A, Sturmer T. Antidepressant dose, age, and the risk of suicide attempts. *JAMA Internal Medicine.* (2014) 174(6):899-909.

63. Opoliner A, **Azrael D**, Barber C, Fitzmaurice G, Miller M**.** Explaining geographic patterns of suicide in the US: The role of firearms and antidepressants. *Injury Epidemiology.* In Press.

64. Hepburn L, **Azrael D**, Molnar B, Miller M. Bullying and suicidal behaviors among urban high school youth. J Adolesc Health. 2012 Jul;51(1):93-5.

65. Miller M, **Azrael D**, Barber C, Mukamal K, Lawler E. A call to link data to answer pressing questions about suicide risk among veterans. Am J Public Health. 2012 Mar;102 Suppl 1:S20-2.

66. Miller M, Barber C, Young M, **Azrael D**, Mukamal K, Lawler E. Veterans and suicide: a reexamination of the National Death Index-linked National Health Interview Survey. Am J Public Health. 2012 Mar;102 Suppl 1:S154-9.

67. Miller M, **Azrael D**, Barber C. Suicide mortality in the United States: the importance of attending to method in understanding population-level disparities in the burden of suicide. Annu Rev Public Health. 2012 Apr;33:393-408.

68. White R, Barber C, **Azrael D**, Mukamal KJ, Miller M. History of military service and the risk of suicidal ideation: findings from the 2008 national survey on drug use and health. Suicide Life Threat Behav. 2011 Oct;41(5):554-61.

69. Borges G, **Azrael D**, Almeida J, Johnson RM, Molnar BE, Hemenway D, Miller M. Immigration, suicidal ideation and deliberate self-injury in the Boston youth survey 2006. Suicide Life Threat Behav. 2011 Apr;41(2):193-202.

70. Miller M, Stürmer T, **Azrael D**, Levin R, Solomon DH. Opioid analgesics and the risk of fractures in older adults with arthritis. J Am Geriatr Soc. 2011 Mar;59(3):430-8.

71. Rothman EF, Johnson RM, Young R, Weinberg J, **Azrael D**, Molnar BE. Neighborhood-level factors associated with physical dating violence perpetration: results of a representative survey conducted in Boston, MA. J Urban Health. 2011 Apr;88(2):201-13.

72. **Azrael D**, Hemenway D. Greater than the sum of their parts: the benefits of Youth Violence Prevention Centers. Am J Community Psychol. 2011 Sep;48(1-2):21-30.

73. Johnson RM, Barber C, **Azrael D**, Clark DE, Hemenway D. Who are the owners of firearms used in adolescent suicides? Suicide Life Threat Behav. 2010 Dec;40(6):609-11.

74. Hemenway D, Vriniotis M, Johnson RM, Miller M, **Azrael D**. Gun carrying by high school students in Boston, MA: does overestimation of peer gun carrying matter? J Adolesc. 2011 Oct;34(5):997-1003.

75. Rothman EF, Johnson RM, **Azrael D**, Hall DM, Weinberg J. Perpetration of physical assault against dating partners, peers, and siblings among a locally representative sample of high school students in Boston, Massachusetts. Arch Pediatr Adolesc Med. 2010 Dec;164(12):1118-24.

76. Duncan DT, Johnson RM, Molnar BE, **Azrael D**. Association between neighborhood safety and overweight status among urban adolescents. BMC Public Health. 2009 Aug 11;9:289. PMID: 19671180

77. Almeida J, Johnson RM, Corliss HL, Molnar BE, **Azrael D**. Emotional distress among LGBT youth: the influence of perceived discrimination based on sexual orientation. J Youth Adolesc. 2009 Aug;38(7):1001

78. Miller M, Barber C, **Azrael D**, Calle EE, Lawler E, Mukamal KJ. Suicide among US veterans: A prospective study of 500,000 middle-aged and elderly men. Am J Epidemiol. 2009 Aug 15;170(4):494-500.

79. Hemenway D, Barber CW, Gallagher SS, **Azrael DR**. Creating a National Violent Death Reporting System: a successful beginning. Am J Prev Med. 2009 Jul;37(1):68-71.

80. Miller M, Barber C, **Azrael D**, Hemenway D, Molnar BE Recent psychopathology, suicidal thoughts and suicide attempts in households with and without firearms: findings from the National Comorbidity Study Replication. Inj Prev. 2009 Jun;15(3):183-7.

5

81. Miller M, Mogun H, **Azrael D**, Hempstead K, Solomon DH. Cancer and the risk of suicide in older Americans. J Clin Oncol. 2008 Oct 10;26(29):4720-4.

82. Miller M, Lippmann SJ, **Azrael D**, Hemenway D. Household firearm ownership and rates of suicide across the 50 United States. J Trauma. 2007 Apr;62(4):1029-34; discussion 1034-5.

83. Hepburn L, Miller M, **Azrael D**, Hemenway D. The US gun stock: results from the 2004 national firearms survey. Inj Prev. 2007 Feb;13(1):15-9.

84. Miller M, Hemenway D, **Azrael D**. State-level homicide victimization rates in the US in relation to survey measures of household firearm ownership, 2001-2003. Soc Sci Med. 2007 Feb;64(3):656-64. Epub 2006

85. Hepburn L, **Azrael D**, Miller M, Hemenway D. The effect of child access prevention laws on unintentional child firearm fatalities, 1979-2000. J Trauma. 2006 Aug;61(2):423-8.

86. Johnson RM, Miller M, Vriniotis M, **Azrael D**, Hemenway D. Are household firearms stored less safely in homes with adolescents?: Analysis of a national random sample of parents. Arch Pediatr Adolesc Med. 2006 Aug;160(8):788-92.

87. Rothman EF, Hemenway D, Miller M, **Azrael D**. Batterers' use of guns to threaten intimate partners. J Am Med Womens Assoc. 2005 Winter;60(1):62-8.

88. Miller M, **Azrael D**, Hepburn L, Hemenway D, Lippmann SJ. The association between changes in household firearm ownership and rates of suicide in the United States, 1981-2002. Inj Prev. 2006

89. Miller M, **Azrael D**, Hemenway D. Belief in the inevitability of suicide: results from a national survey. Suicide Life Threat Behav. 2006 Feb;36(1):1-11.

90. Miller M, **Azrael D**, Hemenway D, Vriniotis M. Firearm storage practices and rates of unintentional firearm deaths in the United States. Accid Anal Prev. 2005 Jul;37(4):661-7.

91. Miller M, Hemenway D, **Azrael D**. Firearms and suicide in the northeast. J Trauma. 2004 Sep;57(3):626-32.

92. Molnar BE, Miller MJ, **Azrael D**, Buka SL. Neighborhood predictors of concealed firearm carrying among children and adolescents: results from the project on human development in Chicago neighborhoods. Arch Pediatr Adolesc Med. 2004 Jul;158(7):657-64.

93. Azrael D, Cook PJ, Miller M. State and local prevalence of firearms ownership measurement, structure, and trends. Journal of Quantitative Criminology. 2004 Mar;20(1):43-62.

94. Miller M, **Azrael D**, Hemenway D. The epidemiology of case fatality rates for suicide in the northeast. Ann Emerg Med. 2004 Jun;43(6):723-30.

95. Hepburn L, Miller M, **Azrael D**, Hemenway D. The effect of nondiscretionary concealed weapon carrying laws on homicide. J Trauma. 2004 Mar;56(3):676-81.

96. **Azrael D**, Hemenway D, Miller M, Barber CW, Schackner R. Youth suicide: insights from 5 years of Arizona Child Fatality Review Team data. Suicide Life Threat Behav. 2004 Spring;34(1):36-43.

97. Miller M, **Azrael D**, Hemenway D. Rates of household firearm ownership and homicide across US regions and states, 1988-1997. Am J Public Health. 2002 Dec;92(12):1988-93.

98. Miller M, **Azrael D**, Hemenway D, Solop FI. 'Road rage' in Arizona: armed and dangerous. Accid Anal Prev. 2002 Nov;34(6):807-14.

99. Barber C, Hemenway D, Hochstadt J, **Azrael D**. Underestimates of unintentional firearm fatalities: comparing Supplementary Homicide Report data with the National Vital Statistics System. Inj Prev. 2002 Sep;8(3):252-6.

100. Miller M, **Azrael D**, Hemenway D. Household firearm ownership and suicide rates in the United States. Epidemiology. 2002 Sep;13(5):517-24.

101. Miller M, **Azrael D**, Hemenway D. Firearm availability and suicide, homicide, and unintentional firearm deaths among women. J Urban Health. 2002 Mar;79(1):26-38.

102. Miller M, **Azrael D**, Hemenway D. Firearm availability and unintentional firearm deaths, suicide, and homicide among 5-14 year olds. J Trauma. 2002 Feb;52(2):267-74; discussion 274-5.

103. Hemenway D, **Azrael D**, Miller M. National attitudes concerning gun carrying in the United

6

States. Inj Prev. 2001 Dec;7(4):282-5.

104. Miller M, **Azrael D**, Hemenway D. Firearm availability and unintentional firearm deaths. Accid Anal Prev. 2001 Jul;33(4):477-84.

105. Hemenway D, **Azrael D**, Miller M. Are guns used more by US civilians for self-defense or for intimidation? West J Med. 2001 Jun;174(6):396.

106. Hemenway D, **Azrael D**. The relative frequency of offensive and defensive gun uses: results from a national survey. Violence Vict. 2000 Fall;15(3):257-72.

107. Hemenway D, **Azrael D**, Miller M. Gun use in the United States: results from two national surveys.I nj Prev. 2000 Dec;6(4):263-7.

108. Miller M, **Azrael D**, Hemenway D. Community firearms, community fear. Epidemiology. 2000 Nov;11(6):709-14.

109. **Azrael D**, Miller M, Hemenway D. Are household firearms stored safely? It depends on whom you ask. Pediatrics. 2000 Sep;106(3):E31.

110. Barber C, Hemenway D, Hargarten S, Kellermann A, **Azrael D**, Wilt S. A "call to arms" for a national reporting system on firearm injuries. Am J Public Health. 2000 Aug;90(8):1191-3

111. **Azrael D**, Hemenway D. 'In the safety of your own home': results from a national survey on gun use at home. Soc Sci Med. 2000 Jan;50(2):285-91.

112. Hemenway D, Solnick SJ, **Azrael DR**. Firearm training and storage. JAMA. 1995 Jan 4;273(1):46-50.

113. Hemenway D, **Azrael DR**, Rimm EB, Feskanich D, Willett WC. Risk factors for hip fracture in US men aged 40 through 75 years. Am J Public Health. 1994 Nov;84(11):1843-5.

114. Hemenway D, **Azrael DR**, Rimm EB, Feskanich D, Willett WC.Risk factors for wrist fracture: effect of age, cigarettes, alcohol, body height, relative weight, and handedness on the risk for distal forearm fractures in men. Am J Epidemiol. 1994 Aug 15;140(4):361-7.

*Books, Chapters, Monographs:*

1. **Azrael D,** Miller M. Reducing Suicide without Affecting Underlying Mental Health: Theoretical Underpinnings and a Review of the Evidence Base Linking the Availability of Lethal Means and Suicide. International Handbook of Suicide Prevention, 2nd Edition. (In press).

2. Miller M, Barber C, **Azrael D**. Firearms and Suicide in the United States. In Gun Violence and Mental Illness, Gold LH, Simon RI, eds. Arlington, VA: American Psychiatric Assciation Press. 2015.

3. Miller M, **Azrael D**, Hemenway D. Firearms and Violent Death in the United States. In *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis.* Baltimore, MD: Johns Hopkins University Press. 2013

4. **Azrael D**, Barber C, Hemenway D, Miller M. The Benefits of Surveillance: Creating a National Violent Death Reporting System. Brookings Institution Press, 2003.

5. Feldman, P. and **Azrael, D.** Issues in the Development and Implementation of Comprehensive, Community Based Service Systems for Children with Chronic Health Care Needs and their Families. Report to the Robert Wood Johnson Foundation, November 1994.

6. Feldman, P. and **Azrael, D.** Changes in Policy and Practice: What Can be Expected from Comprehensive, Community-Based Service Systems. Report to the Robert Wood Johnson Foundation, December 1995.

7. Feldman, P. and **Azrael, D.** Issues in Developing, Operating and Sustaining Comprehensive Service Systems: the Experience of the New Hampshire Partners in Health Project. Report to the Robert Wood Johnson Foundation, May 1997.

*Journalism*

1.    Cohen AP, **Azrael D**, and Miller M. Rate of mass shootings has tripled since 2011, Harvard research shows." *Mother Jones* (2014).

*Reviews and Editorials, Letters to the Editor:*

1.    **Azrael D**, Miller M. Access to Firearms, Homicide, and Suicide: Role of the Mortality Multiplier. American Journal of Public Health. 2020 Oct 1;110(10):1456-7.
2.    John A, **Azrael D**, Miller M. Access to firearms and adolescent suicide.
3.    Miller M, **Azrael D**, Barber C, Bossarte R, Losing the forest fir the trees. American journal of public health. 2014 May 1;104(5):E1.
4.    Barber C, **Azrael D**, Hemenway D. A Truly National National Violent Death Reporting System. Injury Prevention, 2013
5.    Barber C., Hemenway D., Hargarten S., Kellermann A., **Azrael D.**, Wilt S. "A 'call to arms' for a national reporting system on firearm injuries. [Editorial] American Journal of Public Health. 90(8):1191-3, 2000.
6.    **Azrael, D.** "Reduction in FFLs: A Step in the Right Direction. *Criminology and Public Policy*. 2002; 1(2): 179-182.
7.    **Azrael, D.**, Barber, C., Mercy, J. "Linking Data to Save Lives: Recent Progress in Establishing a National Violent Death Reporting System." *Harvard Health Policy Review.* 2001; 2(2): 38-42.

EXHIBIT C: RELEVANT RESEARCH on which expert report is based

Anglemyer, A., Horvath, T., & Rutherford, G. (2014). The accessibility of firearms and risk for suicide and homicide victimization among household members: A systematic review and meta-analysis. *Annals of Internal Medicine*, *160*(2), 101–110. https://doi.org/10.7326/M13-1301

Azrael, D., Cohen, J., Salhi, C., & Miller, M. (2018). Firearm storage in gun-owning households with children: Results of a 2015 national survey. *Journal of Urban Health*, *95*(3), 295–304. https://doi.org/10.1007/s11524-018-0261-7

Azrael, D., & Miller, M. (2016). Reducing Access to Lethal Means. A Review of the Evidence Base. In R. C. O'Connor & J. Pirkis (Eds.), *The International Handbook of Suicide Prevention* (2nd ed.). West Sussex, England: John Wiley & Sons, Ltd.

Barber, C. W., & Miller, M. J. (2014). Reducing a suicidal person's access to lethal means of suicide: A research agenda. *American Journal of Preventive Medicine*, *47*(3 SUPPL. 2), S264-72. https://doi.org/10.1016/j.amepre.2014.05.028

Baxley, F., & Miller, M. (2006). Parental misperceptions about children and firearms. *Archives of Pediatrics and Adolescent Medicine*, *160*(5), 542–547. https://doi.org/10.1001/archpedi.160.5.542

Berrigan, J., Azrael, D., Hemenway, D., & Miller, M. (2019). Firearms training and storage practices among US gun owners: A nationally representative study. *Injury Prevention*. https://doi.org/10.1136/injuryprev-2018-043126

Brent, D. A., Perper, J. A., Moritz, G., Baugher, M., Schweers, J., & Roth, C. (1993). Firearms and adolescent suicide: A community case-control study. *American Journal of Diseases of Children*, *147*(10), 1066–1071. https://doi.org/10.1001/archpedi.1993.02160340052013

Butler EK, Boveng HM, Harruff RC, et al. Risk of Suicide, Homicide, and Unintentional Firearm Deaths in the Home. JAMA Intern Med. 2020;180(6):909–911. doi:10.1001/jamainternmed.2020.0806

Centers for Disease Control and Prevention (2020). Web-based Injury Statistics Query and Reporting System (WISQARS). https://www.cdc.gov/injury/wisqars

Conner, A., Azrael, D., & Miller, M. (2018). Public opinion about the relationship between firearm availability and suicide: Results from a national survey. *Annals of Internal Medicine*, *168*(2). https://doi.org/10.7326/M17-2348

Cummings, P., Koepsell, T. D., Grossman, D. C., Savarino, J., & Thompson, R. S. (1997). The association between the purchase of a handgun and homicide or suicide. *American Journal of Public Health*, *87*(6), 974-978.

Dahlberg, L. L., Ikeda, R. M., & Kresnow, M. J. (2004). Guns in the home and risk of a violent death in the home: findings from a national study. *American journal of*

*epidemiology*, *160*(10), 929-936.

Fowler, K. A., Dahlberg, L. L., Haileyesus, T., Gutierrez, C., & Bacon, S. (2017). Childhood firearm injuries in the United States. Pediatrics, 140(1).

Gani, F., Sakran, J. V., & Canner, J. K. (2017). Emergency department visits for firearm-related injuries in the United States, 2006–14. Health Affairs, 36(10), 1729-1738.

Grinshteyn, E., & Hemenway, D. (2016). Violent death rates: the US compared with other high-income OECD countries, 2010. *The American journal of medicine*, *129*(3), 266-273.

Grinshteyn, E. & Hemenway, D. (2019) Violent death rates in the US compared to those of the other high-income countries, 2015. Nursing and Health Professions Faculty Research and Publications. 130. https://repository.usfca.edu/nursing_fac/130

Grossman, D. C., Mueller, B. A., Riedy, C., Dowd, M. D., Villaveces, A., Prodzinski, J., … Harruff, R. (2005). Gun storage practices and risk of youth suicide and unintentional firearm injuries. *Journal of the American Medical Association*, *293*(6), 707–714. https://doi.org/10.1001/jama.293.6.707

Grossman, D. C., Reay, D. T., & Baker, S. A. (1999). Self-inflicted and unintentional firearm injuries among children and adolescents: The source of the firearm. *Archives of Pediatrics and Adolescent Medicine*, *153*(8), 875–878. https://doi.org/10.1001/archpedi.153.8.875

Ilgen, M. A., Zivin, K., McCammon, R. J., & Valenstein, M. (2008). Mental illness, previous suicidality, and access to guns in the United States. *Psychiatric Services*, *59*(2), 198–200. https://doi.org/10.1176/ps.2008.59.2.198

Johnson, R. M., Barber, C., Azrael, D., Clark, D. E., & Hemenway, D. (2010). Who are the owners of firearms used in adolescent suicides? *Suicide and Life-Threatening Behavior*,

Kellermann, A. L., Rivara, F. P., Rushforth, N. B., Banton, J. G., Reay, D. T., Francisco, J. T., ... & Somes, G. (1993). Gun ownership as a risk factor for homicide in the home. *New England Journal of Medicine*, *329*(15), 1084-1091.

Mauri, A., Wolfson, J.A., Azrael, D., & Miller, M. (2019) Firearm storage practices and risk perceptions. *American Journal of Preventative Medicine*, *57*(6), 830-835. https://doi.org/10.1016/j.amepre.2019.06.017.

Miller, M., Swanson, S. A., & Azrael, D. (2016). Are we missing something pertinent? A bias analysis of unmeasured confounding in the firearm-suicide literature. *Epidemiologic Reviews*, *38*(1), 62–69. https://doi.org/10.1093/epirev/mxv011

Miller, M., Barber, C., Azrael, D., Hemenway, D., & Molnar, B. E. (2009). Recent psychopathology, suicidal thoughts and suicide attempts in households with and without firearms: Findings from the National Comorbidity Study Replication. *Injury Prevention*, *15*(3), 183–187. https://doi.org/10.1136/ip.2008.021352

Miller, M., Azrael, D., & Barber, C. (2012). Suicide mortality in the United States: The importance of attending to method in understanding population-level disparities in the burden of suicide. *Annual Review of Public Health*, *33*(1), 393–408. https://doi.org/10.1146/annurev-publhealth-031811-124636

Miller, M., & Hemenway, D. (1999). The relationship between firearms and suicide: A review of the literature. *Aggression and Violent Behavior*, *4*(1), 59–75. https://doi.org/10.1016/S1359-1789(97)00057-8

Monteaux, M. C., Azrael, D., & Miller, M. (2019). Association of increased safe household firearm storage with firearm suicide and unintentional death among US youths. *JAMA Pediatrics*, *173*(7), 657–662. https://doi.org/10.1001/jamapediatrics.2019.1078

Olufajo, O. A., Zeineddin, A., Nonez, H., Okorie, N. C., De La Cruz, E., Cornwell III, E. E., & Williams, M. (2020). Trends in firearm injuries among children and teenagers in the United States. Journal of surgical research, 245, 529-536.

Richardson, E. G., & Hemenway, D. (2011). Homicide, suicide, and unintentional firearm fatality: comparing the United States with other high-income countries, 2003. Journal of Trauma and Acute Care Surgery, 70(1), 238-243.

Salhi, C., Azrael, D. & Miller, M. Adolescent Firearm Access: A Nationally Representative Survey of Parents who Live in Households with Firearms and their Adolescent Children, JAMA network open, in press.

Sheftall AH, Asti L, Horowitz LM, et al. (2016). Suicide in Elementary School-Aged Children and Early Adolescents. Pediatrics. 2016;138(4):e20160436

Simonetti, J. A., Mackelprang, J. L., Rowhani-Rahbar, A., Zatzick, D., & Rivara, F. P. (2015). Psychiatric comorbidity, suicidality, and in-home firearm access among a nationally representative sample of adolescents. *JAMA Psychiatry*, *72*(2), 152–159. https://doi.org/10.1001/jamapsychiatry.2014.1760

Studdert DM, Zhang Y, Swanson SA, Prince L, Rodden JA, Holsinger EE, Spittal MJ, Wintemute GJ, Miller M. Handgun ownership and suicide in California. N Engl J Med 2020;382:2220-9. DOI: 10.1056/NEJMsa1916744.

Swanson S, Eyllon M, Sheu Y, Miller M. Firearm access and adolescent suicide risk: Toward a clearer understanding of effect size. Injury Prevention. Published Online First: 14 May 2020. doi: 10.1136/injuryprev-2019-043605.

Wafer, M. S., & Carruth, A. (2003). "Locks for life": A gun lock distribution community health intervention program. *Journal of Emergency Nursing*, *29*(4), 349–351. https://doi.org/10.1067/men.2003.110

Wiebe, D. J. (2003). Firearms in US homes as a risk factor for unintentional gunshot fatality. Accident Analysis & Prevention, 35(5), 711-716.