# EXHIBIT 19
# Joint Stipulation Regarding Certain Documents, Writings, and Records Produced in Discovery

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC. ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY,<br><br>    Plaintiffs,<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br><br>    Defendants. | Case No. 18 cv 3085<br><br>Hon. Sue E. Myerscough<br>Presiding Judge<br><br>Hon. Tom Schanzle-Haskins<br>Magistrate Judge |

**JOINT STIPULATION REGARDING CERTAIN DOCUMENTS,
WRITINGS, AND RECORDS PRODUCED IN DISCOVERY**

For purposes of motions for summary judgment and any responses or replies thereto, the undersigned parties, by their counsel, hereby stipulate as follows with respect to documents already produced in discovery:

1) The documents, writings, and records produced in discovery by any organizational party, including the Second Amendment Foundation, the Illinois State Rifle Association, Illinois Carry, Marc D. Smith in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and Kwame Raoul in his official capacity as Attorney General of the State of Illinois, each satisfy the admissibility requirements of Federal Rules of Evidence 803(6), 901(a), and 1003 (allowing for the admission of a duplicate);

2) To the extent the produced document, writing, or record reflects by a date thereon that it has been in existence since before January 1, 1998, the admissibility foundation

requirements of Federal Rules of Evidence 803(16) and 901(b)(8) have also been satisfied; and

3) The parties will not object that any document mentioned above fails to meet the above-listed requirements, including the ancient documents requirements as applicable.

With the exception of the specific stipulations contained herein, the parties reserve all other objections to the admissibility at trial of any of the documents, writings, or records coming within the scope of this stipulation.

Agreed to and executed this 10th day of November, 2021.

/s/ David G. Sigale
Signature

David G. Sigale
Law Firm of David G. Sigale, P.C.
799 Roosevelt Rd., Suite 207
Glen Ellyn, IL 60137
(630) 452-4547
E-mail: dsigale@sigalelaw.com

*Counsel for Plaintiffs*

/s/ Matthew V. Chimienti
Signature

Matthew V. Chimienti
Gretchen E. Helfrich
Aaron P. Wenzloff
Assistant Attorneys General
100 W. Randolph St., 11th Floor
Chicago, IL 60601
(312) 814-8570
E-mail: Matthew.Chimienti@ilag.gov
E-mail: Gretchen.Helfrich@ilag.gov
E-mail: Aaron.Wenzloff@ilag.gov

*Counsel for Defendants*