IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, DARIN E. MILLER, SECOND AMENDMENT FOUNDATION, INC., ILLINOIS STATE RIFLE ASSOCIATION, and ILLINOIS CARRY,<br><br>  Plaintiffs,<br><br>v.<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br><br>  Defendants. | Case No. 3:18-CV-3085 |

## PLAINTIFFS' LIST OF F.R. CIV. P. 56 EXHIBITS

1. Deposition Transcript of Saul Cornell;

2. Deposition Transcript of Matthew Miller, M.D.;

3. Report of Marty Hayes;

4. CV of Marty Hayes;

5. OIG Report to the Governor and the General Assembly - January 2020;

6. OIG Report to the Governor and the General Assembly - January 2019;

7. OIG Report to the Governor and the General Assembly - January 2018;

8. OIG Report to the Governor and the General Assembly - January 2017;

9. OIG Report to the Governor and the General Assembly - January 2016;

10. OIG Report to the Governor and the General Assembly - January 2015;

11. OIG Report to the Governor and the General Assembly - January 2014;

12. OIG Report to the Governor and the General Assembly - January 2013;

13. OIG Report to the Governor and the General Assembly - January 2012;

14. OIG Report to the Governor and the General Assembly - January 2011;

15. OIG Report to the Governor and the General Assembly - January 2010.

Respectfully submitted,

By:    /s/David G. Sigale   
      Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com