# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

## NOTICE OF ISSUANCE OF MANDATE

February 13, 2023

To:  Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
United States Courthouse & Federal Building
Springfield, IL 62701-0000

| No. 22-1482 | JENNIFER J. MILLER, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br>　　　　Defendants - Appellees |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 3:18-cv-03085-SEM-TSH<br>Central District of Illinois<br>District Judge Sue E. Myerscough |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)

**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued January 5, 2023
Decided January 20, 2023

*Before*

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 22-1482

| | |
|---|---|
| JENNIFER J. MILLER, et al.,<br>    *Plaintiffs-Appellants*, | Appeal from the United States District<br>Court for the Central District of Illinois. |
| | |
| *v.* | No. 3:18-cv-03085-SEM-TSH |
| | |
| MARC D. SMITH, in his official capacity<br>as Acting Director of the Illinois<br>Department of Children and Family<br>Services, and KWAME RAOUL, in his<br>official capacity as Attorney General of<br>the State of Illinois,<br>    *Defendants-Appellees*. | Sue E. Myerscough,<br>*Judge*. |

**O R D E R**

Appellants Darin and Jennifer Miller are both licensed foster home caretakers, and Jennifer Miller is licensed to operate a home day care. Illinois statutes and

No. 22-1482                                                                                              Page 2

regulations restrict how the Millers may possess and store firearms and ammunition in their home. The Millers challenge the constitutionality of those statutes and regulations. The district court granted summary judgment for the State of Illinois, and the Millers appealed.

After the Millers filed their opening brief, the Supreme Court decided *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), in which the Court ruled that means-end scrutiny does not apply in the Second Amendment context. *Id.* at 2126–30. The Court made more explicit the constitutional standard endorsed in *District of Columbia v. Heller*, 554 U.S. 570 (2008), requiring courts to assess whether modern firearms regulations are consistent with the Second Amendment's text and historical understanding. *Id.* at 2131–34. After *Bruen* was published, briefing continued in this case, and we heard oral argument.

We now remand for additional proceedings to receive the full benefit of the district court's decision applying the "text, history, and tradition" test of *Bruen*. On remand, the district court should allow the parties to engage in further discovery, including seeking additional expert reports. The district court should then evaluate any subsequent motions under *Bruen*'s text, history, and tradition framework. In doing so, the court should permit briefing on and consider the interaction of *Bruen* and the unconstitutional conditions doctrine, including but not limited to the employment context. *See, e.g., NASA v. Nelson*, 562 U.S. 134 (2011); *Engquist v. Oregon Dept. of Agri.*, 553 U.S. 591 (2008). The court should also allow discovery and briefing on the sensitive places doctrine, and on any other matter that the court and the parties find relevant in light of *Bruen*.

For these reasons, we VACATE the district court's grant of summary judgment for the State of Illinois and REMAND for further proceedings consistent with this order.

CERTIFIED COPY

A True Copy

Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

January 20, 2023

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*
JOEL M. FLAUM, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

|  |  |
|---|---|
| No. 22-1482 | JENNIFER J. MILLER, et al.,<br>               Plaintiffs - Appellants<br><br>v.<br><br>MARC D. SMITH, in his official capacity as Acting Director of the Illinois Department of Children and Family Services, and KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br>               Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:18-cv-03085-SEM-TSH |
| Central District of Illinois |
| District Judge Sue E. Myerscough |

We **VACATE** the district court's grant of summary judgment for the State of Illinois and **REMAND** for further proceedings consistent with the order. The above is in accordance with the decision of this court entered on this date. Costs should be borne by both sides.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)