### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER J. MILLER, *et al.*, | Case No. 18 cv 3085 |
| Plaintiffs, | Hon. Sue E. Myerscough |
| v. | Magistrate Judge Karen L. McNaught |
| HEIDI E. MUELLER, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

In accordance with the Court's August 12, 2024 Order, Plaintiffs Jennifer Miller, *et al.* and Defendants Heidi E. Mueller,[1] *et al.* (collectively, "the Parties"), by and through their respective attorneys, submit this Joint Status Report.

Following remand from the Seventh Circuit Court of Appeals, the Court reopened this matter on August 12, 2024.

Plaintiffs seek until October 4, 2024, to file a Second Amended Complaint to take account of the Supreme Court's rulings in *Bruen* and *Rahimi*. Defendants have no objection to this schedule. Counsel for both Plaintiffs and Defendants are preparing for a trial in the Southern District of Illinois in September 2024 (*Barnett v. Raoul*, 3:23 CV 209 (S.D. Ill.)).

The Parties request a status conference the week of October 14. At that status, Defendants will be prepared to inform the Court as to whether they intend to answer or file a motion in response to Plaintiff's Second Amended Complaint. The Parties request that the status be held via Zoom or phone.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Director Mueller substitutes former Director Marc D. Smith. *See* Notice of Substitution, ECF No. 79.

1

<div style="display: flex;">

<div>

Date: August 23, 2024

/s/*David G. Sigale (w/ consent)*
David G. Sigale (Atty. ID# 6238103)
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, Illinois 60148
E-mail: dsigale@sigalelaw.com

*Counsel for Plaintiffs*

</div>

<div>

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

/s/ *Gretchen Helfrich*
Gretchen Helfrich #6300004
Deputy Chief, Special Litigation Bureau
Abigail R. Durkin #6326840
Assistant Attorney General
115 S. LaSalle Street, 35th Fl.
Chicago, IL 60603
(312) 814-3000
E-mail: Gretchen.Helfrich@ilag.gov
E-mail: Abigail.Durkin@ilag.gov

*Counsel for Defendants*

</div>

</div>

## **CERTIFICATE OF SERVICE**

    I, Gretchen Helfrich, an attorney, certify that on August 23, 2024, I caused the foregoing **Joint Status Report** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

                                    /s/ *Gretchen Helfrich*
                                    Deputy Chief, Special Litigation Bureau